James S. Schoen, Esq.
26851 Miles Road
Suite 204
Cleveland, OH 44128


Jerome J. Hughes
3711 Everhard NW
Canton, OH 44709


Robert Edelstein, Esq.
26851 Miles Road
Suite 204
Cleveland, OH 44128


Michael P. Harvey, Esq.
311 Northcliff Drive
rocky River, OH 44116


Aaron Hughes
C/O Nikki Lopez
2197 South Ueker Lane $1933
Lewisville, TX 75067


Aaron Lopez
3312 Ault Drive
Amarillo, TX


Absolute Floors
2020 9th Street SW
Canton, OH 44706


Accord Creditor Services
PO Box 10002
Newnam, GA 30271


Accord Creditor Services LLC
PO Box 10002
Newnam, GA 30271

Accounts Recievables Management
PO Box 129
Thorofare, NJ 08086


Adam Boltz
2323 Billman Place
Cuyahoga Falls, OH 44221


Adam Valentine
1302 Irondale Circle NE
North Canotn, OH 44720


AEP Ohio Power Company
PO Box 24405
Canton, OH 44701


AEP Ohio Power Company
PO Box 24401
Canton, OH 44701


Alliance One
4850 Street Road
Trevose, PA 19053


AllianceOne Receivalbles Management
PO Box 3107
Southeastern, PA 19393-3107


Allied Data Corporation
13111 Westheimer Suite 400
Houston, TX 77077


Allied Interstate
800 Interchange West
435 Ford Road
Minneapolis, MN 55426

American Electric Power
PO Box 24002
Canton, OH 44701


American Windows
1200 Cleveland Street SW
Massillon, OH 44647


Ameritech Publishing
C/O Slovin & Cummings Co LPA
9435 Waterstone Blvd
Suite 270
Cincinatti, OH 45249

Amy Howard
DBA AV Tax & Accounting Service
4711 Piccadilly Street SW
Canton, OH 44706


Andrea Mitchell
1703 Woodland Ave NW
Canton, OH 44703


Annie Owens
1128 Oak Tree Road
Akron, OH 44230


Annie Owens
1129 Oak Tree Raod
Akron, OH 44320


Apollo Group Inc.
4615 E Elwood Street
DBA University of Phoenix
Phoenix, AZ 85040


Arrow Financial Servcies LLC
21031 Network Place
Chicago, IL 60676

```
AT&T
PO Box 8100
Auroroa, IL 60507


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


AT&T
PO Box 5014
Carol Stream, IL 60197


AT&T
PO Box 8100
Auroroa, IL 60507


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T
PO Box 6463
Carol Stream, IL 60197


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T Advertising
PO Box 5081
Carol Stream, IL 60197


AT&T Advertising
PO Box 60197
Carol Stream, IL 60197
```

AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T Uverse
PO Box 5014
Carol Stream, IL 60197


Aultman Collection Dept.
PO Box 80868
Canton, OH 44708


Aultman Hospital
2600 6th Street NW
Canton, OH 44710


Avon Lake Municipal Court
32855 Walker Road
Avon Lake, OH 44012


Avon Products
PO Box 105541
Atlanta, GA 30348


Bealls Dept Store
World Financial Network National Ba
PO Box 182071
Columbus, OH 43218


Best Buy
6800 Center Road
Avon, OH 44011


Bill Lee
1562 Akron Penninsula Road
Suite 113
Akron, OH 44313

Bob Bennett Construction
2795 Barber Road
Norton, OH 44203


Bolins Kitchesn & Bath
6287 Promler Ave
North Canton, OH


Bonded Collections Corporation
29 East Madision Street
Suite 1650
Chicago, IL 60602


Boulder Credit Services
PO Box 1259
Troy, MI 48099


Brian C. Block, Esq.
Javitch, Block & Rathbone, LLC
1100 Superior Ave 19th Floor
Cleveland, OH 44114


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Calvary Portfolio Service
PO Box 1017
Hawthorne, NY


Canton Aultman Emer Phys Inc
PO Box 76659
Cleveland, OH 44101

Canton Glass
318 12th Street NW
Canton, OH 44703


Canton Municipal Court
218 Cleveland Ave SW
Canton, OH 44702


Canton Municipal Court
218 Cleveland Avenue SW
Canton, OH 44702


Canton Municipal Court
218 Cleveland Ave S
Canton, OH 44702


Capio Partners
2222 Texoma Pkway
Suite 150
Sherman, TX 75090


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
PO Box 70886
Charlotte, NC


Cardiovascular Consultants of OPPC
PO Box 80690
Canton, OH 44708


CBE Group
PO Box 2337
Waterloo, IA 50704

CBSC Inc.
6973 Promway Ave NW
North Canton, OH 44720


CBSC
PO Box 2589
Columbus, OH 43216


CBSC, Inc.
PO Box 69
Columbus, OH 43216


CBSC, Inc.
PO Box 2818
Noth Canton, OH 44720


CCS Inc
PO Box 22630
Cleveland, OH 44122


Certified Collectors Inc.
707 S. Madision
Box 1906
Amarillo, TX 79105


Channys
5537 Whipple Ave NW
Canton, OH 44720


Charles Bair
4148 Lace Road NW
Malvern, OH 44644


Checks Unlimited
Department 228
Denver, CO 80271

Checks Unlimited
PO Box 17400
Colorado Springs, CO 80935


Chenny's
5537 Whipple Ave NW
Canton, OH 44720


Cisco
PO Box 801088
Houston, TX 77280


Cisco
PO Box 801088
Houston, TX 77280


CISCO
PO Box 801088
HOUSTON, TX 77280


CISCO, INC.
PO Box 801088
HOUSTON, TX 77043


Cleveland Clinic
PO Box 74303
Cleveland, OH 44194


Cleveland Skin Pathology
PO Box 110
Berea, OH 44017


Collection Company of America
700 Longwater Drive
PO Box 296
Norwell, MA 02061

Commercial Recovery Corp
9298 Central Avenue NE
Suite 310
Minneapolis, MN 55434


Commercial Recovery Corp
9298 Central Ave NE
Suite 310
Minneapolis, MN 55434


Convergent Outsourcing Inc
PO Box 9004
Rentan, WA 98057


Convergent Outsourcing Inc.
PO Box 9004
Rentan, WA 98057


CPS Security
PO Box 782408
San Antonio, TX 78278


Craig W. Relman, Esq.
26851 Miles Road
Suite 204
Cleveland, OH 44128


Credit Bureau of Stark
6973 Promway Ave NW
North Canton, OH 44720


Credit Collection Services
Two Wells Ave
Dept. 9134
newton, MA 02459


Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Crescent Processing
12700 Park Central Drive
Suite 1100
Dallas, TX 75251


Dans American Tire
2852 Whipple Ave NW
Canton, OH 44708


Dave Vance
6000 Beth Ave
Canton, OH 44706


DBS Financial
711 Johnston Street
Suite 1B
Akron, OH 44306


Dehaan & Bach
25 Whitney Drive
Suite 106
PO Box 929
Milford, OH 45150


Dell Financial Services
Lock Box 6403
PO Box 6403
Carol Stream, IL 60197


Deluxe Business Checks
PO Box 742572
Cincinatti, OH 45274


Deluxe for Business
PO Box 742572
Cincinnati, OH 45274


Derrick Miller Plumbing
1937 Tuscarawas Street E
Canton, OH 44707

DMK & Associates
3005 Tollview Drive
Suite B
Rolling Meadows, IL 60008


Dominion
PO Box 26785
Richmond, VA 23261-6785


Dominion East Ohio
PO Box 26785
Richmond, VA 23261-6785


Dominion East Ohio Gas
PO Box 26785
Richmond, VA 23261-6785


Donald Cox, Esq.
605 North High Street
Suite 305
Columbus, OH 43215


DSC Attorneys at Law
8448 Katella Ave
Suite 100
Stanton, CA 90690


Encore Recievables Management
PO Box 330
 Olahe, KS 66063


ENHANCRCVRCO
8014 Bayberry Road
Jacksonville, FL 32256


EOS CCA
700 Longwater Drive
Norwell, NA 01061

```
EOS CCA
700 Longwater Drive
Norwell, NA 02061



EOS CCA
700 Longwater Drive
Norwell, MA 02061



ERC
800 SW 39th Street
PO Box 9004
Renton, WA 98057



Excell
PO Box 219046
Kansas City, MO 64121



Falls Heating and Cooling
461 Munroe Falls Ave
Cuyahoga Falls, OH 44221



Famous Supply
PO Box 951344
Cleveland, OH 44193



Fast Signs
4360 Belden Village Street
CAnton, OH 44718



Federal Express
2200 Forward Drive
Harrision, AR 72602



FFCC-Clvland
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122
```

Fidelity Collections
PO Box 2055
Alliance, OH 44601


Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438


Financial Asset Magmt
PO Box 451409
Atlanta, GA 31145


First Performance Recovery Corp
PO Box 97296
Las Vegas, NV 89196


First Federal Credit
24700 Chagrin Blvd
Suite 2
Cleveland, OH 44122


First Federal Credit Control
24700 Chagrin Blvd Suite 205
Cleveland, OH 44122


First Healthcare
PO Box 311127
Independence, OH 44131


First Healthcare
PO Box 311127
Independence, OH 44313


First National Credit Card
Legacy Visa
PO Box 2677
Omaha, Nebraska 68103

First Revenue Assurance
PO Box 3020
Albuquerque, NM 87190


Fleming-Schubert Nursery
6919 manchester Road
Clinton, OH 44216


FMC Clinics
PO Box 1764
Amarillo, TX 79105


FMS
PO Box 90849
Sioux Falls, SD 57109


FMS Investment Corp
PO Box 681535
Schaumburg, IL 6016


FMS, Inc.
4915 South Union Ave
Tulsa, OK 74107


Garret Purcell
8515 Elk Grove Florin Road #209
Sacramento, CA 95624


GC Services Limited Partnership
Collections Dept
6330 Gulfton
Houston, TX


General Revenue
11501 Northlake Drive
Cincinnati, OH 45249

General Revenue Corporation
325 Daniel Zenker Drive
Horseheads, NY 14845


Goodwin & Bryan
PO Box 26094
Fairview Park, OH 44126


Goodwin & Bryan, LLP
PO Box 26138
Fairview Park, OH 44126


Grange Insurance
PO Box 740604
Cincinnati, OH 45274


Grange Insurance
PO Box 182087
Columbus, OH 43218


Greg Chaplain
503 Shorefield
Chippewa Lake, OH


Greg Hann
535 Park Street NW
Navarre, OH 44662


Gregory Hann
525 park Street NW
Navarre, OH 44662


Hensis, LLC
DBA Bison Executive Park
2953 Woodcliff Dr NW
Canton, OH 44718

Herman & Herman
1800 First National Tower
106 South Main Street
Akron, OH 44308


Hiland Wood
PO Box 138
Walnut Creek, OH 44687


Hippich Electric
4347 Ridge View Drive
Uniontown, OH


Household Bank
12447 SW 69th Ave
ATTN:  Dispute Processing
Tigard, OR 97223


HSBC Bank
PO Box 5222
Carol Stream, IL 60197


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSN
Collections Department
PO Box 9090
Clearwater, FL 33758


Hughes & Hughes Development LLC
2824 7th Street NW
Canton, OH 44708


Hughes & Hughes Remodeling
NKA Prestige Remodeling
2824-7th Street NW
Canton, OH 44708

Hughes and Hughes Development
2824 7th Street NW
Canton, OH 44708


Hughes and Hughes Remodeling
2824 7th Street NW
Canton, OH 44708


Hughes and Hughes Development, LLC
5045 Johnnycake Ridge NE
Canton, OH 44705


Hughes and Hughes Development, LLC
4087 Martindale Road N
Canton, OH 44705


I.C. System, Inc.
444 Highway 96 East
PO Box 64887
St. Paul, MN 55164


I.C. Systems Inc.
444 highway 96 E
Saint Paul, NM 55127


ICON Fitness
PO Box 4087
Logan, Utah 84323


Isaac Hughes
1415 McDowell Street NE
Canton, OH 44721


Island National Group
PO Box 18009
Hauppauge, NY 11788

Italia Plumbing
100 Cochran Road
Cuyahoga Falls, OH 44223


J&J Refuse
PO Box 448
Dover, OH 44671


Jacob Law Group PLLC
2623 West Oxford Group
Oxford, MS 38655


Jacob T. Will, Esq.
116 Cleveland Ave NW
Suite 808
Canton, OH 44702


Janice Bresson
6919 Wren Ave
Canton, OH 44720


Jared Hughes
C/O Lexi Reiman
1150 Elm Ave $A
Glendale, Arizona


Javitch Blook & Rathbone
1100 Superior Ave 18th Floor
Cleveland, OH 44114


Stephan P. Babik, Esq.
Javitch, Block & Rathbone, LLC
1100 Superior Ave 19th Floor
Cleveland, OH 44114


Jerome Hughes
9415 W. Briarwood Circle
Sun City, AZ 85251

Jerome J. Hughes
4087 Martindale Road NE
Canton, OH 44705


Melissa L. Hughes
4087 Martindale Road NE
Canton, OH 44705


Jerry Hughes
2824 7th Street SW
Canton, OH 44708


John & Karen Jones
390 Seneca CT
Avon Lake, OH 44012


John F. Anthony, II, Esq.
Assistant Prosecuting Attorney
Civil Division
110 Central Plaza South Suite 510
Canton, OH 44702


John F. Herman, Esq.
1800 First Nationla Tower
106 South Main Street
Akron, OH 44308


John Frank, Esq.
1300 East 9th Street
14th Floor
Cleveland, OH 44114


Joseph Mann & Creed
PO Box 22252
Beachwood, OH 44122


Joseph P. Thomas, MD
1445 Harrision Avenue NW
Canton, OH 44708

Joseph, Mann & Creed
20600 Chagrin Blvd
Suite 550
Shaker Heights, OH 44122


Joseph, Mannand Creed
20600 Chagrin Blvd
Suite 550
Shaker heights, OH 44122


Joshua Pipes
816 Bellarbor Road NW
Canton, OH 44709


JP Recovery Services
PO Box 16749
Rocky River, OH 44116


Julie Caley
623 Carnwise Street SE
Canton, OH 44707


Kathleen A. Hahner, Esq.
Javitch, Block & Rathbone, LLC
1100 Superior Ave 19th Floor
Cleveland, OH 44114


Keith Thacker
847 Harriman Ave SW
Brewster, OH 44613


Kiko Heating and Cooling
1208 Belden Avenue NE
Canton, OH 44708


L& M Refuse
PO Box 5
Sandyville, OH 44671

Law office of Mann Bracken LLC
6100 Oaktree Blvd
Suite 200
Independence, OH 44131


Law Office of Michel N. Kay, PC
PO Box 9006
Smithtown, NY 11787


LDG Financial Services, LLC
PO Box 1425
Norcross, GA 20091


Lehman Awning Co
PO Box 673
Massillon, OH 44648


Lesh, Casner & Miller
Suite 606 Belden-Whipple Building
4150 Belden Village Street NW
Canton, OH 44718


Levy & Associates
4645 Executive Drive
Columbus, OH 43220


Lexington Homes
Bill Lee
1562 Akron Penninsula Road
Suite 113
Akron, OH 44313


Lexington Homes dba High Hampton
1562 Akron Penninsula Road
Suite 113
Akron, OH 44313


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

LTD Financial Services
732 Southwest Freeway
Suite 1600
Houston, TX 77074


M.C. Credit
PO Box 51899
Jacksonville, Fl 32236


M.G. Credit
5115 San Juan Ave
Jacksonville, FL 32210


Mark Grubb MD
One Park West Blvd
Suite 320
Akron, OH 44320


Mason Structual Steel
7500 Northfield Road
Walton Hills, OH 44146


McCarthy, Burgess & Wolf
26000 Cannon Road
Cleveland, OH 44146


Michael Edwards
6938 Troendly Road SW
Stone Cree, OH 43840


Michael Kaszubski, Esq.
550 W Old Country Road
Suite 300
Hicksville, NY 11801


Sue Schilling, Esq.
550 W Old Country Road
Suite 300
Hicksville, NY 11801

Michael Miller
2244 Emerald Drive
Akron, OH 44312


Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060


Midland Credit Management
8870 Aero Drive
Los Angeles, CA 90084


Montgomery Lynch & Associates
PO Box 227220
Beachwood, OH 44122


Montgomery Lynch & Associates, Inc.
PO Box 22720
Beachwood, OH 44122


Motorist Life Insurance
471 East Broad Street
Columbus, OH 43215


My Personal Trainer
4501 Cleveland Avenue NW
Canton, OH 44709


National Action Financial Serv
165 Lawrence Bell Drive
Suite 100
Williamsville, NY 14231

National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Nationwide Credit
PO Box 26314
Lehigh Valley, PA 18002


Nationwide Credit Inc.
2002 Summit Blvd
Suite 600
Atlanta, GA 30319


Nationwide Recovery Services
2304 Tarpley Drive
Suite 134
Carrolton, TX 75006


NCO Financial
PO Box 4912
Trenton, NJ 08650


NCO Financial Systems
PO Box 15270
Willmington, DE 19850


NCO Financial Systems
PO Box 15630 Dept 03
Willmington, DE 19850


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NEBS
PO Box 88042
Chicago, IL 60680

Norman and Associates
1360 Union Hill Road
Building 12
Alpheretta, GA 30004


North Shore Agency
PO Box 4945
Trenton, JU 08650


Northeast Ohio Endocronolgy
4634 Hills and Dales NW
Canton, OH 44708


OPtima Services Solutions
10800 Alpharetta Hwy
Suite 208-509


Oxford Management Service
PO Box 18060
Hauppauge, NY 11788


Palisades Collection LLC
210 Sylvan Ave
Englewood Cliffs, NJ  07632


Penncro Associates
PO Box 1209
Oaks, PA 19456


Personal Concepts
PO Box 5750
Carol Stream, IL 60197


Phillip D. Schandel, eSq.
709 Courtyard Centre
116 Cleveland Ave NW
Canton, OH 44702

Phillip D. Schandel, Esq.
709 Courtyard Centre
116 Cleveland Avenue NW
Canton, OH 44702


Pina Lopez
1001 3rd Ave
Canyon, TX 79015


Pinnacle Financial Group
7825 Washington Ave S
Suite 410
Minneapolis, MN 55439


Pioneer Credit Recovery
5341 Inducon Drive East
Sanborn, NY 14132


Pitney Bowes
PO Box 856390
Louisville, KY 40285


Plaza Associates
PO Box 18008
Hauppauge, NY 11788


PNC Mortgage
PO Box 1820
Dayton, OH 45401


Prestige Remodeling & Design
1415 McDowell Street NE
Canton, OH 44721


Prestige Remodeling & Design
5537 Whipple Ave NW
Canton, OH 44720

Prestige Remodeling and Design
1415 McDowell Street NE
Canton, OH 44721


Prestige Remodeling and Design, LLC
1415 McDowell Street NE
Canton, OH 44721


Prestige Remodeling and Design, LLC
5537 Whipple Avenue NW
Sutie 1
North Canton, OH 44720


Prince-Parker & Associates, Inc.
8625 Crown Crescent Court
PO Box 474690
Charlotte, NC 28247


Professional Eduction Institute
7020 High Grove Blvd
Burr Ridge, IL 60527


Professional Recovery Services
PO Box 1880
Voorhees, NJ 08043


Progressive Business Publicaitons
370 Technology Drive
PO Box 3019
Malvern, P"A 19355


Progressive Financial Services
Tempe, AZ 85285


Progressive Insurance
PO Box 182009
 Columbus, OH 43218

Quest Diagnostics
PO Box 71314
Philadelphia, PA 19175


Quill Corporation
PO Box 337600
Philadelphia, PA 19101


QVC
PO Box 2254
West Chester, PA 19380


RAB Inc.
PO Box 34111
Memphia, TN 38184


RAC Acceptance
5501 Headquarters Drve
Plano, TX 75024


Radiology Assoc. of Canton
PO Box 72384
Cleveland, OH 44192


Randy T. Slovin, Esq.
9435 Waterstone Blvd.
Suite 270
Cincinnati, OH 45249


Recievalble Recovery Solutions
PO Box 671807
Marietta, Georgia 30006


Regent Asset Management Solutions
7290 Samuel Drive
Suite 200
Denver, CO 80221

Republic Waste
PO Bxo 9001099
Louisville, KY 40290


Resurgent Capital
150 S Main Street
Suite 600
Greenville, SC 29601


Revenue Security SVC/CPS
11118 Wurzbach Road
Suite 100
San Antonio, TX 78230


Reward Zone
PO Box 5222
Carol Stream, IL 60197


Reward Zone Mastercard
PO Box 5222
Carol Stream, IL 60197


Rich DAD
4330 N Civic Center Plaza
Suite 101
Scottsdale, AZ 85251


Richmond North
PO Box 963
4232 Ridge Lea Road
Amherst, NY 14226


Riddle & Assoc.
PO Box 1187
Sandy, UT 84091


RJM Aquisitions LLC
575 Underhill Blvd Suite 224
Syosset, NY 11791

RMS
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


RMS
4836 Brecksville Road
PO Box 509
Richfield, OH 44386


Robert B. Preston, III, Esq.
220 Market Ave S
Suite 1000
Canton, OH 44702


Robert E. Soles, Jr, Esq.
6545 Market Ave N
North Canton, OH 44721


Robert Hicks
1818 Conley Road
Mogadore, OH 444260


Robert Soles, esq.
6531 Market Ave North
Canton, OH 44721


Rooter Plumbing Corp
31359 Lorain Road
North Olmstead, OH 44070


Russell and Byrd
4884 Higbee Ave NW
Suite 112
Canton, OH 44718


Ryan K. Rubin, Esq.
1375 E. Ninth Street
16th Floor
Cleveland, OH 44114

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Scott Robins, Esq.
PO Box 696
Poplar Bluff, MO 63902


Service Master By Steinbach
6824 Wise Ave NW
North Canton, OH 44720


Service Master by Steinbach
6824 Wise Ave NW
N. Canton, OH 44720


Seven Seventeen Credit Union
ATTN: Loan Servicing
3181 Larchmont Ave NE
Warren, OH 44483


Seventeen Credit Union
3181 Larchmont Avenue NE
Warren, OH 44483


Sherwin Williams
4290 Belden Village Street NW
Canton, OH 44718


SKO Brenner American, Inc.
PO Box 230
Farmingdale, NY 11735-0230


Slater, Tenaglia, Fritz & Hunt
PO Box 5476
Mt. Laurel, NJ 08054

Slater, Tenaglia, Fritz & Hunt, P.A
Lockbox 2431
PO Box 8500
Philadelphia, PA 19178


Slovin & Assoc.
8150 Corporate Park Drive
Suite 350
Cincinatti, OH 45242


Source Recievables Management
PO Box 4068
Greensboro, NC 27404


Speedway
PO Box 1590
Springfield, OH 45501


Stark Collections
202 Sixth Street NW
Canton, OH 44703


Stark Consulting
307 Cleveland Ave NW
Suite 202
Canton, OH 44709


Stark County Common Pleas Court
115 Central Plaza North
Suite 101
Canton, OH 44702


Stark County Common Pleas Court
115 Central Plaza North
Canton, OH 44702


Steven Schwartz
7100 Whipple Ave NW
Suite B
North Canton, OH 44720

Steven Schwartz, Esq.
7100 Whipple Ave NW
Suite B
North Canton, OH 44720


Steves Avenue Paint
2601 Cleveland aVe NW
Canton, OH 44709


Stoneworks
5194 Richmond Road
Bedford Heigths, OH 44146


sunday Drivers of Ohio
10580 McKinstry Road
Delavan, NY 14042


Sunrise Credit Services
250 Airport Plaza
PO Box 9100
Farmindale, NW 11735


Texas Guaranteed Student Loan
PO Box 83100
Round Rock, TX 78783


Texas Workforce Commission
101 E 15th Street
Austin, TX 79778


The Bureaus
1721 Central Street
Evanston, IL 60204


The Repository
500 Market Avenue South
Canton, OH 44702

Thomas and Associates
1421 Portage Street NW
North Canton, OH 44720


Time Warner Business Class
PO Box 0901
Carol Stream, IL 60132


Transworld Systems
507 Prudential Road
Horsham, PA 19044


Tri County Dermatology
4240 Munson Street NW
North Canton, OH 44718


Tri State Adjustment
440 Challenge Street
Freeport, IL 61032


Troy Clifford
4084 Beaumont Ave NW
Massillon, OH 44647


United Collection Bureau
PO Box 165009
Columbus, OH 43216


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


University of Phoenix
Corporate Collection Center
PO Box 29887
Phoenix, AZ 85038

USA Funds
PO Box 6180
Indianapolis, IN 46206


Valley Collection Service
PO Box 520
Glendale, AZ 85311


Vandevere Auto
1490 Vernon Odom Blvd
Akron, OH 44319


Wells Fargo Bank Auto Finance
Asset Recovery Group
1460 Northwest Cicion Road
EastBrook Park
Kansas City, Missouri 64118

West Asset Mgmt.
PO Box 95843
St. Louis, Missouri 64195


Whites Heating and Cooling
1203 Wertz Ave NW
Canton, OH 44708


Wolpoff & Abramson LLP
Two Irvington Center
702 King Farm Blvd
Rockville, MA 20850


WW Wood Products
PO Box 50
Dudley, MO 63936

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:  **Cathy A Hughes    Douglas M. Hughes**

Case No. _____

**Debtors**

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **36** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **11/1/2012** _____

Signed: **s/ Cathy A Hughes** _____
**Cathy A Hughes**

Dated:  **11/1/2012** _____

Signed: **s/ Douglas M. Hughes** _____
**Douglas M. Hughes**

Signed:  **/s/Robert H. Cyperski** _____
**Robert H. Cyperski**
Attorney for Debtor(s)
Bar no.:          **0026054**
**Robert Cyperski**
**1201 - 30th Street, NW**
**Suite 102-B**
**Canton, OH 44709**
Telephone No.:    **(330) 492-6659**
Fax No.:
 E-mail address:    **rcyperski@sbcglobal.net**

**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hughes, Cathy, A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hughes, Douglas, M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **7895** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **5177** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1415 McDowell Street NE**<br>**Canton, OH**     ZIP CODE **44721** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1415 McDowell Street NE**<br>**Canton, OH**     ZIP CODE **44721** |
| County of Residence or of the Principal Place of Business:<br>**Stark** | County of Residence or of the Principal Place of Business:<br>**Stark** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br><br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cathy A Hughes, Douglas M. Hughes** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:　　**NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏　Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X　**/s/Robert H. Cyperski**　　　　**11/1/2012**<br>　　Signature of Attorney for Debtor(s)　　　Date<br>　　**Robert H. Cyperski**　　　　　　**0026054** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❏　Yes, and Exhibit C is attached and made a part of this petition.<br>☑　No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>　☑　Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>　☑　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❏　There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❏　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❏　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>　　　　　　　　　　_____<br>　　　　　　　　　　(Name of landlord that obtained judgment)<br><br>　　　　　　　　　　_____<br>　　　　　　　　　　(Address of landlord)<br><br>❏　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❏　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❏　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cathy A Hughes, Douglas M. Hughes** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Cathy A Hughes**

Signature of Debtor    **Cathy A Hughes**

X **s/ Douglas M. Hughes**

Signature of Joint Debtor    **Douglas M. Hughes**

Telephone Number (If not represented by attorney)

**11/1/2012**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X **/s/Robert H. Cyperski**

Signature of Attorney for Debtor(s)

**Robert H. Cyperski  Bar No.  0026054**

Printed Name of Attorney for Debtor(s) / Bar No.

**Robert Cyperski**

Firm Name

**1201 - 30th Street, NW Suite 102-B**

Address

**Canton, OH 44709**

**(330) 492-6659**

Telephone Number

**11/1/2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re  **Cathy A Hughes   Douglas M. Hughes**                Case No. _____
_____
Debtor(s)                                                                      *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Cathy A Hughes**
_____
                     **Cathy A Hughes**

Date:   **11/1/2012**
_____

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re **Cathy A Hughes   Douglas M. Hughes**          Case No. _____
                       Debtor(s)                                          *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏    4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏    Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏    Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏    Active military duty in a military combat zone.

❏    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **s/ Douglas M. Hughes**
                        **Douglas M. Hughes**

Date:    **11/1/2012**

In re: **Cathy A Hughes   Douglas M. Hughes**  Case No. _____

_____  (If known)

Debtors

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real Estate located at 2814 12th Street NW, Canton, OH 44708 Known as and being Lot Number 16150 in said City.**<br><br>**PPN: 02-12769 Joint owner with Debtor/Husband's father Jerome Hughes Total Value of Real Estate is $64,000.00 Debtor husband's 1/2 interest is $32,000.00** | **Co-Owner** | **J** | **$ 64,000.00** | **$ 45,486.63** |

Total ➤ **$ 64,000.00**

(Report also on Summary of Schedules.)

In re   **Cathy A Hughes   Douglas M. Hughes** _____ ,   Case No. _____
_____ **Debtors** _____   (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | **J** | **5.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking #9999135xx** | **W** | **75.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **One Lot of Misc. Household Goods and Furnishing** | **J** | **2,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. DVD, tapes, etc.** | **J** | **25.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | **W** | **300.00** |
| Wearing apparel. | | **Wearing Apparel** | **H** | **250.00** |
| 7. Furs and jewelry. | | **Misc. Costume Jewelry and Wedding Rings** | **J** | **350.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Handgun 45 Camera, Shot Gun** | **J** | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Chenny's Antiques Gift and Floral, LLC Consign Antiques Business stated  January 1, 2010 Business closed December 31, 2011** | **J** | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Hughes and Hughes Development, LLC Business started 7/20 2003 Business closed 12/31/2008 Joint with Jerry Hughes and Douglas Hughes** | **J** | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Hughes and Hughes Remodeling, LLC Business stated 2/23/2010 Business closed 12/31/2010** | **J** | **0.00** |

In re   **Cathy A Hughes    Douglas M. Hughes** _____ ,    Case No. _____

                  **Debtors**                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Prestige Remodeling and Design, LLC Business started January 1, 2011 Business closed 12/31/2011** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2012 Income Tax Refund** | J | **unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office equipment and furnishings** | J | **400.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Misc. equipment and supplies** | J | **400.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1-cat no cash value** | J | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re  **Cathy A Hughes   Douglas M. Hughes**_____,    Case No. _____
                                      **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached          Total  ➤  | **$ 4,405.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Cathy A Hughes   Douglas M. Hughes** _____,      Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **2012 Income Tax Refund** | **R.C. § 2329.66(A)(3)** | **850.00** | **unknown** |
| **Cash on Hand** | **R.C. § 2329.66(A)(18)** | **20.00** | **5.00** |
| **Chase Checking #9999135xx** | **R.C. § 2329.66(A)(18)** | **75.00** | **75.00** |
| **Handgun 45 Camera, Shot Gun** | **R.C. § 2329.66(A)(4)(a)** | **100.00** | **100.00** |
| **Misc. Costume Jewelry and Wedding Rings** | **R.C. § 2329.66(A)(4)(b)** | **350.00** | **350.00** |
| **Misc. DVD, tapes, etc.** | **R.C. § 2329.66(A)(4)(a)** | **25.00** | **25.00** |
| **One Lot of Misc. Household Goods and Furnishing** | **R.C. § 2329.66(A)(4)(a)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | **R.C. § 2329.66(A)(4)(a)** | **250.00** | **250.00** |
| **Wearing Apparel** | **R.C. § 2329.66(A)(4)(a)** | **300.00** | **300.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re <u>Cathy A Hughes   Douglas M. Hughes</u> .                    Case No. <u>_____</u>

Debtors                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0002870679** <br><br> **PNC Mortgage** <br> **PO Box 1820** <br> **Dayton, OH 45401** | X | J | **First Lien on Residence Real Estate located at 2814 12th Street NW, Canton, OH 44708 Known as and being Lot Number 16150 in said City.** <br><br> **PPN: 02-12769** <br> **Joint owner with Debtor/Husband's father Jerome Hughes** <br> **Total Value of Real Estate is $64,000.00** <br> **Debtor husband's 1/2 interest is $32,000.00** <br><br> **VALUE $64,000.00** | | | | 45,486.63 | 0.00 |

<u>0</u>   continuation sheets attached

Subtotal   ➢
(Total of this page)

| $ 45,486.63 | $ 0.00 |
|---|---|

Total   ➢
(Use only on last page)

| $ 45,486.63 | $ 0.00 |
|---|---|

(Report also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re     **Cathy A Hughes    Douglas M. Hughes**          Case No. _____

                     Debtors                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>   **continuation sheets attached**

In re  **Cathy A Hughes   Douglas M. Hughes**                                     Case No. _____
                                                                                              (If known)
                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adam Boltz**<br>**2323 Billman Place**<br>**Cuyahoga Falls, OH 44221** | X | | **Wages** | | | | **869.12** | **869.12** | **$0.00** |
| ACCOUNT NO.<br>**Adam Valentine**<br>**1302 Irondale Circle NE**<br>**North Canotn, OH 44720** | X | | **wages** | | | | **714.27** | **714.27** | **$0.00** |
| ACCOUNT NO.<br>**Andrea Mitchell**<br>**1703 Woodland Ave NW**<br>**Canton, OH 44703** | X | J | **Wages** | | | | **1,156.48** | **1,156.48** | **$0.00** |
| ACCOUNT NO.<br>**Bill Lee**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313** | X | J | **Wages** | | | | **6,812.48** | **6,812.48** | **$0.00** |
| ACCOUNT NO.<br>**Charles Bair**<br>**4148 Lace Road NW**<br>**Malvern, OH 44644** | X | J | **Wages** | | | | **1,224.81** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Dave Vance**<br>**6000 Beth Ave**<br>**Canton, OH 44706** | X | J | **Wages** | | | | **1,092.74** | **0.00** | **$0.00** |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)       $ **11,869.90**  $ **9,552.35**  $ **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)       $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )       $               $

In re **Cathy A Hughes   Douglas M. Hughes**                        Case No. _____

                    Debtors                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Garret Purcell<br>8515 Elk Grove Florin Road #209<br>Sacramento, CA 95624** | X | | **Wages** | | | | **1,232.15** | **1,232.15** | **$0.00** |
| ACCOUNT NO.<br><br>**Greg Hann<br>535 Park Street NW<br>Navarre, OH 44662<br><br>Jacob T. Will, Esq.<br>116 Cleveland Ave NW<br>Suite 808<br>Canton, OH 44702** | X | J | **02/28/2012<br>Wages** | | | | **1,178.13** | **1,178.13** | **$0.00** |
| ACCOUNT NO.<br><br>**Gregory Hann<br>525 park Street NW<br>Navarre, OH 44662** | X | | **wages** | | | | **1,178.00** | **1,178.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Joshua Pipes<br>816 Bellarbor Road NW<br>Canton, OH 44709** | X | J | **Wages** | | | | **1,307.83** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Julie Caley<br>623 Carnwise Street SE<br>Canton, OH 44707** | X | J | **Wages** | | | | **1,458.48** | **0.00** | **$0.00** |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **6,354.59** | $ **3,588.28** | $ **0.00** |
| Total  ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Cathy A Hughes   Douglas M. Hughes**                              ,   Case No. _____

Debtors
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  <b>Wages, Salaries, and Commissions</b>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Keith Thacker**<br>**847 Harriman Ave SW**<br>**Brewster, OH 44613** | X | J | **Wages** | | | | **2,857.61** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Edwards**<br>**6938 Troendly Road SW**<br>**Stone Cree, OH 43840** | X | J | **Wages** | | | | **566.35** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Miller**<br>**2244 Emerald Drive**<br>**Akron, OH 44312** | X | J | **Wages** | | | | **1,152.16** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Robert Hicks**<br>**1818 Conley Road**<br>**Mogadore, OH 444260** | X | J | **Wages** | | | | **1,919.63** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Troy Clifford**<br>**4084 Beaumont Ave NW**<br>**Massillon, OH 44647** | X | J | **02/28/2012**<br>**Wages** | | | | **907.61** | **907.61** | **$0.00** |

Sheet no.  3  of  3  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➢<br>(Totals of this page) | $ **7,403.36** | $ **907.61** | $ **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **25,627.85** | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **14,048.24** | $ **0.00** |

**B6F (Official Form 6F) (12/07)**

In re  **Cathy A Hughes   Douglas M. Hughes** _____  Case No. _____
_____

                        **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aaron Hughes**<br>**C/O Nikki Lopez**<br>**2197 South Ueker Lane $1933**<br>**Lewisville, TX 75067** | | J | **Money loan** | | | | **2,000.00** |
| ACCOUNT NO.<br><br>**Aaron Lopez**<br>**3312 Ault Drive**<br>**Amarillo, TX** | | J | **Money loan** | | | | **4,000.00** |
| ACCOUNT NO.  **129FC 30**<br><br>**Absolute Floors**<br>**2020 9th Street SW**<br>**Canton, OH 44706** | X | J | | | | | **325.79** |
| ACCOUNT NO.  **51972960**<br><br>**Accord Creditor Services**<br>**PO Box 10002**<br>**Newnam, GA 30271**<br><br>**Nationwide Recovery Services**<br>**2304 Tarpley Drive**<br>**Suite 134**<br>**Carrolton, TX 75006**<br><br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | W | **AT&T** | | | | **85.39** |

<u>64</u>   Continuation sheets attached

                                                                            Subtotal  ➢  $          **6,411.18**

                                                                               Total  ➢  $

                                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                        **Summary of Certain Liabilities and Related Data.)**



In re  **Cathy A Hughes   Douglas M. Hughes**                          Case No. _____
                                                   Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **071-960-085-1-5** | | H | | | | | **134.55** |
| **AEP Ohio Power Company** <br> **PO Box 24401** <br> **Canton, OH 44701** <br><br><br> **CBSC** <br> **PO Box 2589** <br> **Columbus, OH 43216** | | | **Electric Service** | | | | |
| ACCOUNT NO.    **075-660-085-3-3** | | H | | | | | **1,080.67** |
| **AEP Ohio Power Company** <br> **PO Box 24401** <br> **Canton, OH 44701** <br><br><br> **CBSC** <br> **PO Box 2589** <br> **Columbus, OH 43216** | | | **Electric Service** | | | | |
| ACCOUNT NO.    **0790857-122-0-2** | X | J | | | | | **334.38** |
| **AEP Ohio Power Company** <br> **PO Box 24405** <br> **Canton, OH 44701** | | | | | | | |
| ACCOUNT NO.    **7985712202** | X | J | | | | | **186.29** |
| **AllianceOne Receivalbles Management** <br> **PO Box 3107** <br> **Southeastern, PA 19393-3107** | | | **AEP OHIO** | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        **1,735.89**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Cathy A Hughes    Douglas M. Hughes**
                    Debtors

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **079-857-122-0-2** <br><br>**American Electric Power** <br>**PO Box 24002** <br>**Canton, OH 44701** <br><br><br>**Convergent Outsourcing Inc.** <br>**PO Box 9004** <br>**Rentan, WA 98057** | | H | Electric Service | | | | 134.55 |
| ACCOUNT NO. **B15405** <br><br>**American Windows** <br>**1200 Cleveland Street SW** <br>**Massillon, OH 44647** | X | J | Windows | | | | 1,669.00 |
| ACCOUNT NO. **2964** <br><br>**Ameritech Publishing** <br>**C/O Slovin & Cummings Co LPA** <br>**9435 Waterstone Blvd** <br>**Suite 270** <br>**Cincinatti, OH 45249** | | J | Advertising Costs | | | | 11,359.32 |
| ACCOUNT NO. <br><br>**Amy Howard** <br>**DBA AV Tax & Accounting Service** <br>**4711 Piccadilly Street SW** <br>**Canton, OH 44706** | X | J | Tax Service | | | | 3,114.20 |

_64_  Continuation sheets attached

Sheet no. _2_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **16,277.07**

Total  ➢  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**

Case No. _____

Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Annie Owens** <br> **1129 Oak Tree Raod** <br> **Akron, OH 44320** <br><br><br> **Herman & Herman** <br> **1800 First National Tower** <br> **106 South Main Street** <br> **Akron, OH 44308** | X | J | | | | | 4,200.00 |
| ACCOUNT NO.   **Annie Owens** <br><br> **Annie Owens** <br> **1128 Oak Tree Road** <br> **Akron, OH 44230** <br><br><br> **John F. Herman, Esq.** <br> **1800 First Nationla Tower** <br> **106 South Main Street** <br> **Akron, OH 44308** | X | J | **Remodeling project** | | | | 10,500.00 |
| ACCOUNT NO.   **902223xxxx** <br><br> **Apollo Group Inc.** <br> **4615 E Elwood Street** <br> **DBA University of Phoenix** <br> **Phoenix, AZ 85040** | | W | **01/01/2008** <br><br> **Charge off account** | | | | 1,015.00 |
| ACCOUNT NO.   **8486232** <br><br> **Arrow Financial Servcies LLC** <br> **21031 Network Place** <br> **Chicago, IL 60676** | | | **Premier Bank Card** <br> **543362451701xxxx** | | | | 1,099.31 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>3</u> of <u>64</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤   $   **16,814.31**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                            **Debtors**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **33045558113306** | X | J | | | | | **965.28** |
| **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197**<br><br>**Accord Creditor Services LLC**<br>**PO Box 10002**<br>**Newnam, GA 30271**<br><br>**Cisco**<br>**PO Box 801088**<br>**Houston, TX 77280** | | | | | | | |
| ACCOUNT NO.   **xxxxxxxxx8765** | | | Telephone Account | | | | **253.24** |
| **AT&T**<br>**PO Box 8100**<br>**Auroroa, IL 60507**<br><br>**Collection Company of America**<br>**700 Longwater Drive**<br>**PO Box 296**<br>**Norwell, MA 02061** | | | | | | | |
| ACCOUNT NO.   **330966920034369** | X | J | | | | | **911.25** |
| **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | | | | | | | |

_____**64**___ Continuation sheets attached

Sheet no. **4** of **64** continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,129.77**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**          Case No. _____

_____          
Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **287242498481** | **X** | **J** | | | | | **485.17** |
| **AT&T** **PO Box 6463** **Carol Stream, IL 60197** **Prince-Parker & Associates, Inc.** **8625 Crown Crescent Court** **PO Box 474690** **Charlotte, NC 28247** | | | | | | | |
| ACCOUNT NO.   **10823727** | | | | | | | **86.94** |
| **AT&T** **PO Box 5014** **Carol Stream, IL 60197** **EOS CCA** **700 Longwater Drive** **Norwell, NA 02061** | | | | | | | |
| ACCOUNT NO.   **16481551** | | | | | | | **192.01** |
| **AT&T** **PO Box 8100** **Auroroa, IL 60507** **West Asset Mgmt.** **PO Box 95843** **St. Louis, Missouri 64195** | | | | | | | |
| ACCOUNT NO.   **33096667007651** | | **J** | | | | | **85.39** |
| **AT&T** **PO Box 5080** **Carol Stream, IL 60197** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>5</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                          **849.51**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Cathy A Hughes   Douglas M. Hughes</u>          Case No. _____
                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **287025277290** | X | J | | | | | 131.22 |
| **AT&T Advertising**<br>**PO Box 60197**<br>**Carol Stream, IL 60197** | | | Advertising | | | | |
| ACCOUNT NO.   **7564049147-000** | X | J | | | | | 3,494.73 |
| **AT&T Advertising**<br>**PO Box 5081**<br>**Carol Stream, IL 60197** | | | Advertising | | | | |
| ACCOUNT NO.   **10811988** | | J | | | | | 73.68 |
| **AT&T Uverse**<br>**PO Box 5014**<br>**Carol Stream, IL 60197**<br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | | | | | | |
| ACCOUNT NO.   **986100** | | J | | | | | 467.90 |
| **Aultman Collection Dept.**<br>**PO Box 80868**<br>**Canton, OH 44708** | | | Medical | | | | |
| ACCOUNT NO.   **449708** | | W | | | | | 5,303.05 |
| **Aultman Collection Dept.**<br>**PO Box 80868**<br>**Canton, OH 44708** | | | Medical | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>6</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              **9,470.58**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                  Case No. _____
                        **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **547345** <br> **Aultman Collection Dept.** <br> **PO Box 80868** <br> **Canton, OH 44708** | | J | Medical | | | | 1,493.00 |
| ACCOUNT NO. **1201079** <br> **Aultman Collection Dept.** <br> **PO Box 80868** <br> **Canton, OH 44708** | | J | Medical | | | | 735.00 |
| ACCOUNT NO. **449708** <br> **Aultman Hospital** <br> **2600 6th Street NW** <br> **Canton, OH 44710** <br><br> **CBSC Inc.** <br> **6973 Promway Ave NW** <br> **North Canton, OH 44720** <br><br> **CBSC, Inc.** <br> **PO Box 2818** <br> **Noth Canton, OH 44720** | | W | Medical | | | | 2,217.83 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>7</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **4,445.83**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Cathy A Hughes   Douglas M. Hughes** _____    Case No. _____

_____**Debtors**_____           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     **449708** | | **W** | **Medical** | | | | **108.00** |
| **Aultman Hospital** **2600 6th Street NW** **Canton, OH 44710** **CBSC Inc.** **6973 Promway Ave NW** **North Canton, OH 44720** **CBSC, Inc.** **PO Box 2818** **Noth Canton, OH 44720** | | | | | | | |
| ACCOUNT NO.     **4490708** | | **W** | **Medical** | | | | **4,770.60** |
| **Aultman Hospital** **2600 6th Street NW** **Canton, OH 44710** **CBSC, Inc.** **PO Box 2818** **Noth Canton, OH 44720** | | | | | | | |
| ACCOUNT NO.     **CVF12--133** | **X** | **J** | **03/22/2012** **Jon Joens vs. Best Buy Stores, LP, et al.** | | | | **14,999.00** |
| **Avon Lake Municipal Court** **32855 Walker Road** **Avon Lake, OH 44012** **Michael P. Harvey, Esq.** **311 Northcliff Drive** **rocky River, OH 44116** **Ryan K. Rubin, Esq.** **1375 E. Ninth Street** **16th Floor** **Cleveland, OH 44114** | | | | | | | |

_64_   Continuation sheets attached

Sheet no. _8_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **19,877.60**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                   Case No. _____
                    Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **07508-865** | | | | | | | 414.16 |
| **Avon Products** **PO Box 105541** **Atlanta, GA 30348** | | | | | | | |
| **Sunrise Credit Services** **250 Airport Plaza** **PO Box 9100** **Farmindale, NW 11735** | | | | | | | |
| **Allied Data Corporation** **13111 Westheimer Suite 400** **Houston, TX 77077** | | | | | | | |
| **LTD Financial Services** **732 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>9</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 414.16

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                                                                      **(If known)**
                                  **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **58562739350xxxx** | | | | | | | **1,443.60** |
| **Bealls Dept Store** **World Financial Network National Ba** **PO Box 182071** **Columbus, OH 43218** | | | | | | | |
| **Law Office of Michel N. Kay, PC** **PO Box 9006** **Smithtown, NY 11787** | | | | | | | |
| **Island National Group** **PO Box 18009** **Hauppauge, NY 11788** | | | | | | | |
| **RJM Aquisitions LLC** **575 Underhill Blvd Suite 224** **Syosset, NY 11791** | | | | | | | |
| **Plaza Associates** **PO Box 18008** **Hauppauge, NY 11788** | | | | | | | |
| **FMS, Inc.** **4915 South Union Ave** **Tulsa, OK 74107** | | | | | | | |
| ACCOUNT NO.   **11-5567** | X | J | | | | | **1,382.55** |
| **Bob Bennett Construction** **2795 Barber Road** **Norton, OH 44203** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>10</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $   **2,826.15**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                     Case No. _____
_____
                     **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 162,190.20 |
| **Bolins Kitchesn & Bath**<br>**6287 Promler Ave**<br>**North Canton, OH**<br><br>**Robert Soles, esq.**<br>**6531 Market Ave North**<br>**Canton, OH 44721** | | | Products | | | | |
| ACCOUNT NO.  128903 | | | | | | | 1,127.43 |
| **Boulder Credit Services**<br>**PO Box 1259**<br>**Troy, MI 48099**<br><br>**DMK & Associates**<br>**3005 Tollview Drive**<br>**Suite B**<br>**Rolling Meadows, IL 60008** | | | HSNC-Orhard Bank | | | | |
| ACCOUNT NO.  547345P | | H | | | | | 308.00 |
| **Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br>**CBSC, Inc.**<br>**PO Box 2818**<br>**Noth Canton, OH 44720** | | | Medical | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>11</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $      **163,625.63**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                          Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **98610F**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br><br>**CBSC, Inc.**<br>**PO Box 2818**<br>**Noth Canton, OH 44720** | | J | **Medical** | | | | 154.00 |
| ACCOUNT NO.    **921636F**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | J | **Medical** | | | | 154.00 |
| ACCOUNT NO.    **449708P**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | W | **Medical** | | | | 471.00 |
| ACCOUNT NO.    **449708P**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br><br>**First Healthcare**<br>**PO Box 311127**<br>**Independence, OH 44131**<br><br>**CBSC, Inc.**<br>**PO Box 2818**<br>**Noth Canton, OH 44720** | | W | **Medical** | | | | 255.00 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>12</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                1,034.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**          Case No. _____
                         Debtors                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **449708P**<br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | W | **Medical** | | | | 398.00 |
| ACCOUNT NO.   **98610F**<br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | H | **Medical** | | | | 453.00 |
| ACCOUNT NO.   **44970P**<br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | W | **Medical** | | | | 154.00 |
| ACCOUNT NO.   **986101F**<br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br>**CBSC, Inc.**<br>**PO Box 2818**<br>**Noth Canton, OH 44720** | | J | **Medical** | | | | 453.00 |

_64_  Continuation sheets attached

Sheet no. _13_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $            **1,458.00**

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                     Case No. _____
                                            **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **547345P**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br><br>**CBSC, Inc.**<br>**PO Box 2818**<br>**Noth Canton, OH 44720** | | H | Medical | | | | 230.00 |
| ACCOUNT NO.    **5473450239**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | H | Medical | | | | 235.04 |
| ACCOUNT NO.    **4497080256**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101** | | W | Medical | | | | 295.08 |
| ACCOUNT NO.    **98610F**<br><br>**Canton Aultman Emer Phys Inc**<br>**PO Box 76659**<br>**Cleveland, OH 44101**<br><br><br>**CBSC Inc.**<br>**6973 Promway Ave NW**<br>**North Canton, OH 44720** | | H | Medical | | | | 453.00 |

_64_  Continuation sheets attached

Sheet no. _14_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➢ $                    **1,213.12**

Total    ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**

Case No. _____

Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **98610F** | | W | Medical | | | | 154.00 |
| **Canton Aultman Emer Phys Inc** <br> **PO Box 76659** <br> **Cleveland, OH 44101** <br><br> **CBSC, Inc.** <br> **PO Box 2818** <br> **Noth Canton, OH 44720** | | | | | | | |
| ACCOUNT NO.   **517805264343xxxx** | | | | | | | 436.39 |
| **Canton Glass** <br> **318 12th Street NW** <br> **Canton, OH 44703** <br><br> **Stark Collections** <br> **202 Sixth Street NW** <br> **Canton, OH 44703** <br><br> **Canton Municipal Court** <br> **218 Cleveland Avenue SW** <br> **Canton, OH 44702** <br><br> **Steven Schwartz** <br> **7100 Whipple Ave NW** <br> **Suite B** <br> **North Canton, OH 44720** | | | | | | | |
| ACCOUNT NO.   **2008CVF 5672** | | W | 07/08/2008 <br> Capital One Bank (USA) NA vs. Cathy A. Hughes | | | | 1,043.32 |
| **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br> **Brian C. Block, Esq.** <br> **Javitch, Block & Rathbone, LLC** <br> **1100 Superior Ave 19th Floor** <br> **Cleveland, OH 44114** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>15</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,633.71**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Cathy A Hughes   Douglas M. Hughes__   Case No. _____
         **Debtors**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **09CVF4672** <br><br> **Canton Municipal Court** <br> **218 Cleveland Ave S** <br> **Canton, OH 44702** <br><br><br> **Kathleen A. Hahner, Esq.** <br> **Javitch, Block & Rathbone, LLC** <br> **1100 Superior Ave 19th Floor** <br> **Cleveland, OH 44114** | | H | **06/15/2009** <br><br> **Wells Fargo Bank NA dba Wells Fargo Auto Finance vs. Douglas M. Hughes** | | | | **11,582.81** |
| ACCOUNT NO.   **2008 CVI 10218** <br><br> **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br><br> **Steven Schwartz, Esq.** <br> **7100 Whipple Ave NW** <br> **Suite B** <br> **North Canton, OH 44720** | | W | **12/01/2008** <br><br> **Canton Glass Inc. vs. Kathy Hughes** | | | | **582.60** |
| ACCOUNT NO.   **2005CVF8525** <br><br> **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br><br> **John Frank, Esq.** <br> **1300 East 9th Street** <br> **14th Floor** <br> **Cleveland, OH 44114** | | W | **03/01/2005** <br><br> **Palisades Collection LLC Assignee of Providian National Bank vs. Cathy A. Hughes** | | | | **1,531.43** |

__64__   Continuation sheets attached

Sheet no. __16__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $              **13,696.84**

Total ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                     _____
                          **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2010CVF1016** <br><br> **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br><br> **Stephan P. Babik, Esq.** <br> **Javitch, Block & Rathbone, LLC** <br> **1100 Superior Ave 19th Floor** <br> **Cleveland, OH 44114** | | W | 02/09/2010 <br><br> **Midland Funding, LLC DBA and Midland funding DE LLC vs. Cathy A. Hughes** | | | | 2,063.00 |
| ACCOUNT NO.   **2012CVF1698** <br><br> **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br><br> **Craig W. Relman, Esq.** <br> **26851 Miles Road** <br> **Suite 204** <br> **Cleveland, OH 44128** <br><br> **James S. Schoen, Esq.** <br> **26851 Miles Road** <br> **Suite 204** <br> **Cleveland, OH 44128** <br><br> **Robert Edelstein, Esq.** <br> **26851 Miles Road** <br> **Suite 204** <br> **Cleveland, OH 44128** | | J | 03/15/2012 <br><br> **Famous Enterprises, Inc. vs. Douglas Hughes, et al.** | | | | 3,621.34 |

_64_  Continuation sheets attached

Sheet no. _17_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 5,684.34 |
| | | |
| Total ➤ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                                    **Debtors**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2005CVF 4864** | | W | 07/25/2005 | | | | 4,718.65 |
| **Canton Municipal Court** <br> **218 Cleveland Ave SW** <br> **Canton, OH 44702** <br><br><br> **Randy T. Slovin, Esq.** <br> **9435 Waterstone Blvd.** <br> **Suite 270** <br> **Cincinnati, OH 45249** | | | **Ameritech Publishing, Inc. dba SBC Yellow Pages vs. Cathy Hughes-Lopez** | | | | |
| ACCOUNT NO.  **51780526434xxxx** | | | | | | | 436.39 |
| **Capital One** <br> **PO Box 70886** <br> **Charlotte, NC** <br><br> **Canton Municipal Court** <br> **218 Cleveland Avenue SW** <br> **Canton, OH 44702** <br><br> **Javitch Blook & Rathbone** <br> **1100 Superior Ave 18th Floor** <br> **Cleveland, OH 44114** <br><br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | | **Credit Card** | | | | |
| ACCOUNT NO.  **111630** | | W | | | | | 22.00 |
| **Cardiovascular Consultants of OPPC** <br> **PO Box 80690** <br> **Canton, OH 44708** | | | **Medical** | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>18</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                     **5,177.04**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**      Case No. _____

Debtors             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **379795**<br><br>**Certified Collectors Inc.**<br>**707 S. Madision**<br>**Box 1906**<br>**Amarillo, TX 79105** | | | **Broome Optical** | | | | **79.50** |
| ACCOUNT NO. **240894679**<br><br>**Checks Unlimited**<br>**Department 228**<br>**Denver, CO 80271**<br><br><br>**Joseph, Mann & Creed**<br>**20600 Chagrin Blvd**<br>**Suite 550**<br>**Shaker Heights, OH 44122** | | W | | | | | **29.40** |
| ACCOUNT NO. **240894679**<br><br>**Checks Unlimited**<br>**PO Box 17400**<br>**Colorado Springs, CO 80935** | X | J | | | | | **29.40** |
| ACCOUNT NO. **1255647**<br><br>**Cisco**<br>**PO Box 801088**<br>**Houston, TX 77280** | X | J | **ATT** | | | | **277.70** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>19</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **416.00**
---|---|---

Total ➤ | $ |
---|---|---

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1271541** | X | J | | | | | |
| **CISCO** PO Box 801088 HOUSTON, TX 77280 | | | ATT | | | | **965.26** |
| ACCOUNT NO.   **1255647** | X | J | | | | | |
| **CISCO, INC.** PO Box 801088 HOUSTON, TX 77043 | | | ATT | | | | **277.70** |
| ACCOUNT NO.   **54135491** | | | | | | | |
| **Cleveland Clinic** PO Box 74303 Cleveland, OH 44194 <br><br> **JP Recovery Services** PO Box 16749 Rocky River, OH 44116 <br><br> **Capio Partners** 2222 Texoma Pkway Suite 150 Sherman, TX 75090 | | | Medical | | | | **3,344.00** |
| ACCOUNT NO.   **906765** | | W | | | | | |
| **Cleveland Skin Pathology** PO Box 110 Berea, OH 44017 | | | Medical | | | | **95.00** |

_64_ Continuation sheets attached

Sheet no. _20_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **4,681.96**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                     Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **908017** | | W | | | | | 95.00 |
| **Cleveland Skin Pathology PO Box 110 Berea, OH 44017** | | | Medical | | | | |
| ACCOUNT NO.   **905289** | | W | | | | | 150.00 |
| **Cleveland Skin Pathology PO Box 110 Berea, OH 44017** **First Federal Credit Control 24700 Chagrin Blvd Suite 205 Cleveland, OH 44122** | | | Medical | | | | |
| ACCOUNT NO.   **R-42874255** | | H | | | | | 1,080.67 |
| **Convergent Outsourcing Inc PO Box 9004 Rentan, WA 98057** | | | American Electric Power | | | | |
| ACCOUNT NO.   **127880** | X | J | | | | | 1,022.91 |
| **Convergent Outsourcing Inc PO Box 9004 Rentan, WA 98057** | | | ATT | | | | |
| ACCOUNT NO.   **R-40160579** | | H | | | | | 124.55 |
| **Convergent Outsourcing Inc PO Box 9004 Rentan, WA 98057** | | | AEP | | | | |

_64_   Continuation sheets attached

Sheet no. _21_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ | $ | 2,473.13

Total  ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Cathy A Hughes   Douglas M. Hughes**  _____  Case No.  _____
                                          **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2593465**<br>**CPS Security**<br>**PO Box 782408**<br>**San Antonio, TX 78278** | X | | **HSN** | | | | **0.00** |
| ACCOUNT NO.   **3593456**<br>**CPS Security**<br>**PO Box 782408**<br>**San Antonio, TX 78278** | X | J | **HSN** | | | | **152.62** |
| ACCOUNT NO.   **1290xxxx**<br>**Credit Bureau of Stark**<br>**6973 Promway Ave NW**<br>**North Canton, OH 44720** | | W | 06/01/2011<br>**Medical** | | | | **95.00** |
| ACCOUNT NO.   **72333**<br>**Crescent Processing**<br>**12700 Park Central Drive**<br>**Suite 1100**<br>**Dallas, TX 75251** | X | J | | | | | **19.76** |
| ACCOUNT NO.   **72331**<br>**Crescent Processing**<br>**12700 Park Central Drive**<br>**Suite 1100**<br>**Dallas, TX 75251** | X | J | | | | | **132.53** |

___64___  Continuation sheets attached

Sheet no.  _22_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **399.91**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re __Cathy A Hughes   Douglas M. Hughes_____    Case No. _____
                          **Debtors**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **18357**<br>**Dans American Tire**<br>**2852 Whipple Ave NW**<br>**Canton, OH 44708** | X | J | | | | | **133.90** |
| ACCOUNT NO.  **0000114469**<br>**DBS Financial**<br>**711 Johnston Street**<br>**Suite 1B**<br>**Akron, OH 44306**<br><br>**Goodwin & Bryan, LLP**<br>**PO Box 26138**<br>**Fairview Park, OH 44126** | | H | **ABS Motorcraft** | | | | **8,937.11** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>23</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $        **9,071.01**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____

_____
                    **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6879450129034919293** | | H | Computer | | | | 1,869.39 |
| **Dell Financial Services** **Lock Box 6403** **PO Box 6403** **Carol Stream, IL 60197** | | | | | | | |
| **NCO Financial Systems** **507 Prudential Road** **Horsham, PA 19044** | | | | | | | |
| **Financial Recovery Services** **PO Box 385908** **Minneapolis, MN 55438** | | | | | | | |
| **ERC** **800 SW 39th Street** **PO Box 9004** **Renton, WA 98057** | | | | | | | |
| **I.C. System, Inc.** **444 Highway 96 East** **PO Box 64887** **St. Paul, MN 55164** | | | | | | | |
| **Midland Credit Management** **8875 Aero Drive** **Suite 200** **San Diego, CA 92123** | | | | | | | |
| ACCOUNT NO.   **719585101** | X | J | Checks | | | | 489.60 |
| **Deluxe Business Checks** **PO Box 742572** **Cincinatti, OH 45274** | | | | | | | |
| **Commercial Recovery Corp** **9298 Central Ave NE** **Suite 310** **Minneapolis, MN 55434** | | | | | | | |

__64__   Continuation sheets attached

Sheet no. __24__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          **2,358.99**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                          Case No. _____
_____
Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **17363490** | X | J | | | | | **139.98** |
| **Deluxe for Business**<br>**PO Box 742572**<br>**Cincinnati, OH 45274**<br><br>**Commercial Recovery Corp**<br>**9298 Central Avenue NE**<br>**Suite 310**<br>**Minneapolis, MN 55434** | | | | | | | |
| ACCOUNT NO.   **1588,1601,1603** | X | J | **Plumbing Service** | | | | **1,360.00** |
| **Derrick Miller Plumbing**<br>**1937 Tuscarawas Street E**<br>**Canton, OH 44707** | | | | | | | |
| ACCOUNT NO.   **1500045690696** | X | J | **Gas Service** | | | | **2,152.62** |
| **Dominion**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785** | | | | | | | |
| ACCOUNT NO.   **1500045609524** | X | J | **Gas Service** | | | | **1,824.72** |
| **Dominion**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785**<br><br>**CBE Group**<br>**PO Box 2337**<br>**Waterloo, IA 50704** | | | | | | | |

_____64_____  Continuation sheets attached

Sheet no. __25__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                                    **5,477.32**

Total    ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cathy A Hughes  Douglas M. Hughes**                          Case No. _____
                          **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1500045690596** | X | J | Gas Service | | | | 2,152.82 |
| **Dominion** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** <br><br> **Alliance One** <br> **4850 Street Road** <br> **Trevose, PA 19053** | | | | | | | |
| ACCOUNT NO.  **0 5000 4148 2832** | | H | Gas Service | | | | 1,530.81 |
| **Dominion** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** <br><br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | | | | | |
| ACCOUNT NO.  **1500045690523** | X | J | Gas Servcie | | | | 1,824.72 |
| **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | | | | | | | |

__64__  Continuation sheets attached

Sheet no. _26_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                          **5,508.35**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                  Case No. _____
                         Debtors                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **480470000000000000xx** | | | | | | | **7,179.35** |
| **Dominion East Ohio Gas** **PO Box 26785** **Richmond, VA 23261-6785** | | | Gas Service | | | | |
| **Capital Management Services, LP** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | | | | | | |
| **Calvary Portfolio Service** **PO Box 1017** **Hawthorne, NY** | | | | | | | |
| **Penncro Associates** **PO Box 1209** **Oaks, PA 19456** | | | | | | | |
| **National Action Financial Serv** **165 Lawrence Bell Drive** **Suite 100** **Williamsville, NY 14231** | | | | | | | |
| ACCOUNT NO.    **5312xxxx** | | W | 06/01/2011 | | | | **261.00** |
| **ENHANCRCVRCO** **8014 Bayberry Road** **Jacksonville, FL 32256** | | | Collection Account | | | | |
| ACCOUNT NO.    **10823727** | | W | | | | | **86.94** |
| **EOS CCA** **700 Longwater Drive** **Norwell, NA 01061** | | | | | | | |

                    <u>64</u>   Continuation sheets attached

Sheet no. <u>27</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ | $                **7,527.29**

Total  ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**              Case No. _____
                                                         Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **40-1001135339** | | **H** | | | | | **763.38** |
| **Excell** PO Box 219046 Kansas City, MO 64121 | | | | | | | |
| **CBSC, Inc.** PO Box 69 Columbus, OH 43216 | | | | | | | |
| **Riddle & Assoc.** PO Box 1187 Sandy, UT 84091 | | | | | | | |
| **Encore Recievables Management** PO Box 330 Olahe, KS 66063 | | | | | | | |
| ACCOUNT NO. **11-151** | **X** | **J** | Service | | | | **483.16** |
| **Falls Heating and Cooling** 461 Munroe Falls Ave Cuyahoga Falls, OH 44221 | | | | | | | |
| ACCOUNT NO. **183749** | **X** | **J** | Supplies | | | | **3,858.63** |
| **Famous Supply** PO Box 951344 Cleveland, OH 44193 | | | | | | | |

_64_  Continuation sheets attached

Sheet no. _28_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **5,105.17**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**          Case No. _____
_____
                 **Debtors**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **429-4898**<br>**Fast Signs**<br>**4360 Belden Village Street**<br>**CAnton, OH 44718**<br><br>**Transworld Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | X | J | | | | | 267.18 |
| ACCOUNT NO.   **421235959**<br>**Federal Express**<br>**2200 Forward Drive**<br>**Harrision, AR 72602**<br><br>**North Shore Agency**<br>**PO Box 4945**<br>**Trenton, JU 08650** | X | J | **Credit Account** | | | | 301.72 |
| ACCOUNT NO.   **1258xxx**<br>**FFCC-Clvland**<br>**24700 Chagrin Blvd**<br>**Suite 205**<br>**Cleveland, OH 44122** | | W | **03/01/2011**<br>**Med 1 02 Skin Pathology Lab Collection Account** | | | | 150.00 |
| ACCOUNT NO.   **1264xxxx**<br>**FFCC-Clvland**<br>**24700 Chagrin Blvd**<br>**Suite 205**<br>**Cleveland, OH 44122** | | W | **04/01/2011**<br>**Med1 02 Skin Pathology Lad Collection Account** | | | | 95.00 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>29</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              **813.90**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                          Case No. _____
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1290** <br><br>**First Federal Credit** <br>**24700 Chagrin Blvd** <br>**Suite 2** <br>**Cleveland, OH 44122** | | W | 06/01/2011 <br><br>**Medical Collection Account** | | | | 95.00 |
| ACCOUNT NO. **1264** <br><br>**First Federal Credit** <br>**24700 Chagrin Blvd** <br>**Suite 2** <br>**Cleveland, OH 44122** | | W | 04/01/2011 <br><br>**Medical Collection** | | | | 95.00 |
| ACCOUNT NO. **1258xxxx** <br><br>**First Federal Credit** <br>**24700 Chagrin Blvd** <br>**Suite 2** <br>**Cleveland, OH 44122** | | W | 03/01/2011 <br><br>**Medical Collection** | | | | 150.00 |
| ACCOUNT NO. **547345P** <br><br>**First Healthcare** <br>**PO Box 311127** <br>**Independence, OH 44313** | | H | **Medical** | | | | 433.00 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>30</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **773.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes** _____    Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4239801024017365** | | H | **Credit Card** | | | | **484.60** |
| **First National Credit Card Legacy Visa PO Box 2677 Omaha, Nebraska 68103** **LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston, TX 77074** | | | | | | | |
| ACCOUNT NO.   **10210715** | | H | **ATT Formally Cingular** | | | | **1,981.18** |
| **First Revenue Assurance PO Box 3020 Albuquerque, NM 87190** **NCO Financial Systems PO Box 15270 Willmington, DE 19850** **Source Recievables Management PO Box 4068 Greensboro, NC 27404** | | | | | | | |
| ACCOUNT NO. | X | J | | | | | **5,250.00** |
| **Fleming-Schubert Nursery 6919 manchester Road Clinton, OH 44216** | | | | | | | |
| ACCOUNT NO.   **27246** | | J | **Medical** | | | | **30.00** |
| **FMC Clinics PO Box 1764 Amarillo, TX 79105** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>31</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ **$        7,745.78**

Total  ➤ **$**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3882785** <br><br> **FMS Investment Corp** <br> **PO Box 681535** <br> **Schaumburg, IL 6016** | | | **FNB-Marin** | | | | 1,581.31 |
| ACCOUNT NO.   **CPP2622240** <br><br> **Grange Insurance** <br> **PO Box 740604** <br> **Cincinnati, OH 45274** | X | J | **Insurance** | | | | 876.00 |
| ACCOUNT NO.   **CPP001284720** <br><br> **Grange Insurance** <br> **PO Box 182087** <br> **Columbus, OH 43218** <br><br><br> **Pinnacle Financial Group** <br> **7825 Washington Ave S** <br> **Suite 410** <br> **Minneapolis, MN 55439** | X | J | **Insurance** | | | | 250.00 |
| ACCOUNT NO. <br><br> **Greg Chaplain** <br> **503 Shorefield** <br> **Chippewa Lake, OH** | X | J | **Contract** | | | | 3,073.50 |

__64__  Continuation sheets attached

Sheet no. __32__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                5,780.81

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Cathy A Hughes   Douglas M. Hughes**_____   Case No. _____
                          **Debtors**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 4,200.00 |
| Hensis, LLC DBA Bison Executive Park 2953 Woodcliff Dr NW Canton, OH 44718 | | | Staorage A-1 | | | | |
| ACCOUNT NO. | X | J | | | | | 2,624.89 |
| Hiland Wood PO Box 138 Walnut Creek, OH 44687 | | | | | | | |
| ACCOUNT NO. | X | J | | | | | 4,601.00 |
| Hippich Electric 4347 Ridge View Drive Uniontown, OH | | | | | | | |
| ACCOUNT NO.  33000509xxxx | | W | 11/01/2003 Credit Card | | | | 806.00 |
| Household Bank 12447 SW 69th Ave ATTN:  Dispute Processing Tigard, OR 97223 | | | | | | | |
| ACCOUNT NO.  5407915004239049 | | | 11/01/2003 Credit CArd | | | | 1,901.48 |
| HSBC Bank PO Box 5222 Carol Stream, IL 60197 | | | | | | | |
| Accounts Recievables Management PO Box 129 Thorofare, NJ 08086 | | | | | | | |

_64_   Continuation sheets attached

Sheet no. _33_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **14,133.37**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Cathy A Hughes   Douglas M. Hughes**          Case No. _____
_____
                **Debtors**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **54063300xxxx** <br><br> **HSBC Bank** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | W | 11/01/2003 <br> **Credit Card** | | | | **806.00** |
| ACCOUNT NO.   **810674946** <br><br> **HSN** <br> **Collections Department** <br> **PO Box 9090** <br> **Clearwater, FL 33758** <br><br> **Revenue Security SVC/CPS** <br> **11118 Wurzbach Road** <br> **Suite 100** <br> **San Antonio, TX 78230** | X | J | **Credit** | | | | **139.98** |
| ACCOUNT NO.   **3352447xxxx** <br><br> **I.C. Systems Inc.** <br> **444 highway 96 E** <br> **Saint Paul, NM 55127** | | W | 12/01/2010 <br> **Collection Account** | | | | **221.00** |
| ACCOUNT NO.   **37461487** <br><br> **ICON Fitness** <br> **PO Box 4087** <br> **Logan, Utah 84323** | | | **Fitness** | | | | **579.34** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>34</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ | $ | **1,746.32**

Total  ➢ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**          Case No. _____
                    **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 1,195.00 |
| **Isaac Hughes** **1415 McDowell Street NE** **Canton, OH 44721** | | | Money Loan | | | | |
| ACCOUNT NO. | X | J | | | | | 725.00 |
| **Italia Plumbing** **100 Cochran Road** **Cuyahoga Falls, OH 44223** | | | Service | | | | |
| ACCOUNT NO. | X | J | | | | | 3,500.00 |
| **Italia Plumbing** **100 Cochran Road** **Cuyahoga Falls, OH 44223** | | | | | | | |
| ACCOUNT NO.   **233054** | X | J | | | | | 635.78 |
| **J&J Refuse** **PO Box 448** **Dover, OH 44671** **McCarthy, Burgess & Wolf** **26000 Cannon Road** **Cleveland, OH 44146** | | | Trash Service | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>35</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $              **6,055.78**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>**Cathy A Hughes   Douglas M. Hughes**</u>          Case No. _____
                           Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **561871** | | H | LVNV Funding (HSBC) | | | | **866.44** |
| **Jacob Law Group PLLC 2623 West Oxford Group Oxford, MS 38655** **Associated Recovery Systems PO Box 469046 Escondido, CA 92046** | | | | | | | |
| ACCOUNT NO. | | J | Money Loan | | | | **1,100.00** |
| **Janice Bresson 6919 Wren Ave Canton, OH 44720** | | | | | | | |
| ACCOUNT NO. | | J | Money Loan | | | | **1,195.00** |
| **Jared Hughes C/O Lexi Reiman 1150 Elm Ave $A Glendale, Arizona** | | | | | | | |
| ACCOUNT NO. | | J | | | | | **14,999.00** |
| **John & Karen Jones 390 Seneca CT Avon Lake, OH 44012** | | | | | | | |
| ACCOUNT NO.   **6204245** | X | J | | | | | **139.98** |
| **Joseph Mann & Creed PO Box 22252 Beachwood, OH 44122** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>36</u> of <u>64</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $          **18,300.42**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                                        **Debtors**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> **Joseph P. Thomas, MD** <br> **1445 Harrision Avenue NW** <br> **Canton, OH 44708** <br><br> **Montgomery Lynch & Associates** <br> **PO Box 227220** <br> **Beachwood, OH 44122** |  | H | Medical |  |  |  | **Unknown** |
| ACCOUNT NO.  **2169260** <br> **Joseph, Mannand Creed** <br> **20600 Chagrin Blvd** <br> **Suite 550** <br> **Shaker heights, OH 44122** |  |  | Canton Repository |  |  |  | **446.30** |
| ACCOUNT NO.  **11494** <br> **Kiko Heating and Cooling** <br> **1208 Belden Avenue NE** <br> **Canton, OH 44708** |  | W | Services |  |  |  | **812.23** |
| ACCOUNT NO.  **11494** <br> **Kiko Heating and Cooling** <br> **1208 Belden Avenue NE** <br> **Canton, OH 44708** |  | J |  |  |  |  | **812.23** |
| ACCOUNT NO.  **233054** <br> **L& M Refuse** <br> **PO Box 5** <br> **Sandyville, OH 44671** | X | J | Trash Service |  |  |  | **215.20** |

           64   Continuation sheets attached

Sheet no. 37 of 64 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal  ➤  $         **2,285.96**

                                                          Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Cathy A Hughes   Douglas M. Hughes**                           Case No. _____
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **38311**<br><br>**Lehman Awning Co**<br>**PO Box 673**<br>**Massillon, OH 44648** | X | J | Awning | | | | **541.00** |
| ACCOUNT NO.  **20601**<br><br>**Lesh, Casner & Miller**<br>**Suite 606 Belden-Whipple Building**<br>**4150 Belden Village Street NW**<br>**Canton, OH 44718** | | W | Legal Fees | | | | **1,400.00** |
| ACCOUNT NO.<br><br>**Lexington Homes dba High Hampton**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313** | X | J | | | | | **0.00** |
| ACCOUNT NO.  **705516**<br><br>**M.C. Credit**<br>**PO Box 51899**<br>**Jacksonville, Fl 32236** | | | Lady Fitness | | | | **808.13** |
| ACCOUNT NO.  **70xxxx**<br><br>**M.G. Credit**<br>**5115 San Juan Ave**<br>**Jacksonville, FL 32210** | | W | 01/01/2010 | | | | **808.00** |

__64__  Continuation sheets attached

Sheet no. __38__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **3,557.13**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes** _____    Case No. _____
                                     **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **1-4198-0** <br><br>**Mark Grubb MD** <br>**One Park West Blvd** <br>**Suite 320** <br>**Akron, OH 44320** | | H | **Medical** | | | | **340.00** |
| ACCOUNT NO. <br><br>**Mason Structual Steel** <br>**7500 Northfield Road** <br>**Walton Hills, OH 44146** | X | J | | | | | **6,172.15** |
| ACCOUNT NO.    **9544176393** <br><br>**Midland Credit Management** <br>**PO Box 60578** <br>**Los Angeles, CA 90060** | | J | **US Bank** | | | | **1,038.43** |
| ACCOUNT NO.    **8529440489** <br><br>**Midland Credit Management** <br>**8870 Aero Drive** <br>**Los Angeles, CA 90084** <br><br><br>**Javitch Blook & Rathbone** <br>**1100 Superior Ave 18th Floor** <br>**Cleveland, OH 44114** <br><br>**Canton Municipal Court** <br>**218 Cleveland Avenue SW** <br>**Canton, OH 44702** <br><br>**Professional Recovery Services** <br>**PO Box 1880** <br>**Voorhees, NJ 08043** | | | **11/01/2008** <br><br>**HSBC Card SErvcies** <br>**Midland Funding, LLC** | | | | **2,225.18** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>39</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          **9,775.76**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **648717** | | W | | | | | **195.00** |
| **Montgomery Lynch & Associates, Inc.** **PO Box 22720** **Beachwood, OH 44122** | | | **Radiology Assoc. Of Canton** | | | | |
| ACCOUNT NO.  **910738289-90** | | J | | | | | **756.60** |
| **Motorist Life Insurance** **471 East Broad Street** **Columbus, OH 43215** | | | | | | | |
| ACCOUNT NO.  **104106** | | W | | | | | **3,746.04** |
| **My Personal Trainer** **4501 Cleveland Avenue NW** **Canton, OH 44709** | | | **Personal Trainer** | | | | |
| **Fidelity Collections** **PO Box 2055** **Alliance, OH 44601** | | | | | | | |
| **Michael Kaszubski, Esq.** **550 W Old Country Road** **Suite 300** **Hicksville, NY 11801** | | | | | | | |
| **Sue Schilling, Esq.** **550 W Old Country Road** **Suite 300** **Hicksville, NY 11801** | | | | | | | |
| **CBSC Inc.** **6973 Promway Ave NW** **North Canton, OH 44720** | | | | | | | |

_64_   Continuation sheets attached

Sheet no. _40_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **4,697.64**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **104110** | | **H** | **Personal Trainer** | | | | **726.00** |
| **My Personal Trainer**<br>**4501 Cleveland Avenue NW**<br>**Canton, OH 44709**<br><br>**Michael Kaszubski, Esq.**<br>**550 W Old Country Road**<br>**Suite 300**<br>**Hicksville, NY 11801**<br><br>**Sue Schilling, Esq.**<br>**550 W Old Country Road**<br>**Suite 300**<br>**Hicksville, NY 11801**<br><br>**CBSC Inc.**<br>**6973 Promway Ave NW**<br>**North Canton, OH 44720** | | | | | | | |
| ACCOUNT NO.    **5918235** | | **H** | **HSBC** | | | | **895.35** |
| **Nationwide Credit Inc.**<br>**2002 Summit Blvd**<br>**Suite 600**<br>**Atlanta, GA 30319** | | | | | | | |
| ACCOUNT NO.    **10577** | **X** | **J** | **Speelman Electric** | | | | **146.29** |
| **NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>41</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                **1,767.64**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**    Case No. _____
  _____
  Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8X31VP** <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | X | J | East Ohio Gas 8500023133364 | | | | 2,869.37 |
| ACCOUNT NO.   **99244065837** <br> **NEBS** <br> **PO Box 88042** <br> **Chicago, IL 60680** <br><br> **Commercial Recovery Corp** <br> **9298 Central Avenue NE** <br> **Suite 310** <br> **Minneapolis, MN 55434** | X | J | | | | | 645.03 |
| ACCOUNT NO.   **30785** <br> **Northeast Ohio Endocronolgy** <br> **4634 Hills and Dales NW** <br> **Canton, OH 44708** | | W | Medical | | | | 58.00 |
| ACCOUNT NO. <br> **OPtima Services Solutions** <br> **10800 Alpharetta Hwy** <br> **Suite 208-509** | | J | | | | | 2,352.86 |

_64_  Continuation sheets attached

Sheet no. _42_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $               **5,925.26**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**      Case No. _____
<br>                             **Debtors**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **8880734** | | | | | | | **1,358.08** |
| **Palisades Collection LLC**<br>**210 Sylvan Ave**<br>**Englewood Cliffs, NJ  07632**<br><br><br>**Javitch Blook & Rathbone**<br>**1100 Superior Ave 18th Floor**<br>**Cleveland, OH 44114**<br><br>**Law office of Mann Bracken LLC**<br>**6100 Oaktree Blvd**<br>**Suite 200**<br>**Independence, OH 44131**<br><br>**Wolpoff & Abramson LLP**<br>**Two Irvington Center**<br>**702 King Farm Blvd**<br>**Rockville, MA 20850**<br><br>**NCO Financial Systems**<br>**PO Box 15630 Dept 03**<br>**Willmington, DE 19850** | | | **Providian National Bank** | | | | |
| ACCOUNT NO.  **9313525432** | X | J | | | | | **120.85** |
| **Personal Concepts**<br>**PO Box 5750**<br>**Carol Stream, IL 60197**<br><br><br>**Slater, Tenaglia, Fritz & Hunt**<br>**PO Box 5476**<br>**Mt. Laurel, NJ 08054**<br><br>**RMS**<br>**4836 Brecksville Road**<br>**PO Box 509**<br>**Richfield, OH 44386** | | | | | | | |

        <u>64</u>  Continuation sheets attached

Sheet no. <u>43</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                Subtotal  ➤  $           **1,478.93**

                                                      Total  ➤  $

                 **(Use only on last page of the completed Schedule F.)**
<br>       **(Report also on Summary of Schedules and, if applicable on the Statistical**
<br>                  **Summary of Certain Liabilities and Related Data.)**

In re __Cathy A Hughes   Douglas M. Hughes_____     Case No. _____
                        **Debtors**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                  | | J | | | | | 7,000.00 |
| **Pina Lopez** **1001 3rd Ave** **Canyon, TX 79015** | | | Money owed | | | | |
| ACCOUNT NO. **2133-2463-86-4**             | X | J | | | | | 109.68 |
| **Pitney Bowes** **PO Box 856390** **Louisville, KY 40285** | | | | | | | |
| **Richmond North** **PO Box 963** **4232 Ridge Lea Road** **Amherst, NY 14226** | | | | | | | |
| **LTD Financial Services** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | | | | | | | |
| **Caine & Weiner** **PO Box 5010** **Woodland Hills, CA 91365** | | | | | | | |

__64__  Continuation sheets attached

Sheet no. __44__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                 **7,109.68**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                                    **Debtors**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **8000-9090-0500-9381** | **X** | **J** | | | | | **398.89** |
| **Pitney Bowes** **PO Box 856390** **Louisville, KY 40285** | | | | | | | |
| **Richmond North** **PO Box 963** **4232 Ridge Lea Road** **Amherst, NY 14226** | | | | | | | |
| **LTD Financial Services** **7322 Southwest Freeway** **Suite 1600** **Houston, TX 77074** | | | | | | | |
| **Caine & Weiner** **PO Box 5010** **Woodland Hills, CA 91365** | | | | | | | |
| ACCOUNT NO.  **12805099** | | | **Schooling** | | | | **384.51** |
| **Professional Eduction Institute** **7020 High Grove Blvd** **Burr Ridge, IL 60527** | | | | | | | |
| **Pinnacle Financial Group** **7825 Washington Ave S** **Suite 410** **Minneapolis, MN 55439** | | | | | | | |
| ACCOUNT NO.  **664360** | | | **HSBC** | | | | **1,017.19** |
| **Professional Recovery Services** **PO Box 1880** **Voorhees, NJ 08043** | | | | | | | |

          64  Continuation sheets attached

Sheet no.  45 of 64 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                            Subtotal  ➤  $        **1,800.59**

                                                            Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **RCD H 68857 AG1** | | | | | | | **1,897.20** |
| **Professional Recovery Services**<br>**PO Box 1880**<br>**Voorhees, NJ 08043** | | | The Bureau | | | | |
| ACCOUNT NO.    **430556002** | **X** | **J** | | | | | **299.00** |
| **Progressive Business Publicaitons**<br>**370 Technology Drive**<br>**PO Box 3019**<br>**Malvern, P"A 19355** | | | | | | | |
| ACCOUNT NO.    **58074488-C** | | | | | | | **301.80** |
| **Progressive Insurance**<br>**PO Box 182009**<br>**Columbus, OH 43218**<br><br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Dept. 9134**<br>**newton, MA 02459** | | | Insurance | | | | |
| ACCOUNT NO.    **1006358226** | | **H** | | | | | **478.20** |
| **Quest Diagnostics**<br>**PO Box 71314**<br>**Philadelphia, PA 19175** | | | Medical | | | | |

                    64   Continuation sheets attached

Sheet no.  46  of  64  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                Subtotal  ➢  $        **2,976.20**

                                                                Total  ➢  $

                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                        **Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                          **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **C6837181** | X | J | | | | | **423.00** |
| **Quill Corporation** **PO Box 337600** **Philadelphia, PA 19101** | | | | | | | |
| ACCOUNT NO. | X | J | **Credit** | | | | **107.31** |
| **QVC** **PO Box 2254** **West Chester, PA 19380** **GC Services Limited Partnership** **Collections Dept** **6330 Gulfton** **Houston, TX** | | | | | | | |
| ACCOUNT NO.    **76244171** | | W | **Credit Account** | | | | **350.03** |
| **QVC** **PO Box 2254** **West Chester, PA 19380** **Nationwide Credit** **PO Box 26314** **Lehigh Valley, PA 18002** | | | | | | | |
| ACCOUNT NO.    **R063840000445R062840xxxx** | | W | **09/01/2011** | | | | **6,043.00** |
| **RAC Acceptance** **5501 Headquarters Drve** **Plano, TX 75024** | | | | | | | |

_64_  Continuation sheets attached

Sheet no. _47_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $              **6,923.34**

Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____
                                              Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **A449708**<br><br>**Radiology Assoc. of Canton<br>PO Box 72384<br>Cleveland, OH 44192**<br><br><br>**Montgomery Lynch & Associates<br>PO Box 227220<br>Beachwood, OH 44122** | | W | Medical | | | | 304.00 |
| ACCOUNT NO.    **RAC173185**<br><br>**Radiology Assoc. of Canton<br>PO Box 72384<br>Cleveland, OH 44192** | | J | Medical | | | | 28.00 |
| ACCOUNT NO.    **A449708**<br><br>**Radiology Assoc. of Canton<br>PO Box 72384<br>Cleveland, OH 44192** | | J | Medical | | | | 42.00 |
| ACCOUNT NO.    **A547345**<br><br>**Radiology Assoc. of Canton<br>PO Box 72384<br>Cleveland, OH 44192**<br><br><br>**Montgomery Lynch & Associates<br>PO Box 227220<br>Beachwood, OH 44122** | | H | Medical | | | | 296.00 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>48</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                    **670.00**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Cathy A Hughes    Douglas M. Hughes**
_____
**Debtors**

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **A449708** | | W | | | | | **895.00** |
| **Radiology Assoc. of Canton PO Box 72384 Cleveland, OH 44192** | | | Medical | | | | |
| ACCOUNT NO.  **A547345** | | H | | | | | **28.00** |
| **Radiology Assoc. of Canton PO Box 72384 Cleveland, OH 44192** **Montgomery Lynch & Associates PO Box 227220 Beachwood, OH 44122** | | | Medical | | | | |
| ACCOUNT NO.  **648717** | | W | | | | | **195.00** |
| **Radiology Assoc. of Canton PO Box 72384 Cleveland, OH 44192** **Montgomery Lynch & Associates PO Box 227220 Beachwood, OH 44122** | | | Medical | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>49</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **1,118.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re    <u>Cathy A Hughes   Douglas M. Hughes</u>       Case No. _____
                **Debtors**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5407915004239** | | | | | | | 2,068.25 |
| **Recievalble Recovery Solutions** **PO Box 671807** **Marietta, Georgia 30006** | | | HSBC Card Services FFPM Carmel Holding, LLC | | | | |
| **First Performance Recovery Corp** **PO Box 97296** **Las Vegas, NV 89196** | | | | | | | |
| **Capital Management Services, LP** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | | | | | | |
| **LDG Financial Services, LLC** **PO Box 1425** **Norcross, GA 20091** | | | | | | | |
| **Oxford Management Service** **PO Box 18060** **Hauppauge, NY 11788** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>50</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

          Subtotal   ➤   $           **2,068.25**

          Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**          Case No. _____
                    **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **DDA 130108541124** | X | J | US Bank | | | | **2,455.87** |
| **Regent Asset Management Solutions** **7290 Samuel Drive** **Suite 200** **Denver, CO 80221** | | | | | | | |
| **Donald Cox, Esq.** **605 North High Street** **Suite 305** **Columbus, OH 43215** | | | | | | | |
| **DSC Attorneys at Law** **8448 Katella Ave** **Suite 100** **Stanton, CA 90690** | | | | | | | |
| **Bonded Collections Corporation** **29 East Madision Street** **Suite 1650** **Chicago, IL 60602** | | | | | | | |
| ACCOUNT NO.   **3-0870-0008121** | X | J | Trash Servcie | | | | **914.73** |
| **Republic Waste** **PO Bxo 9001099** **Louisville, KY 40290** | | | | | | | |
| **RMS** **4836 Brecksville Road** **PO Box 509** **Richfield, OH 44386** | | | | | | | |
| ACCOUNT NO.   **4254491300674195** | | H | **Providian National Bnak** **#4254491300674195** | | | | **693.47** |
| **Resurgent Capital** **150 S Main Street** **Suite 600** **Greenville, SC 29601** | | | | | | | |

_64_ Continuation sheets attached

Sheet no. _51_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,064.07**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**_____     Case No. _____
                                    **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5268350000149133** <br><br>**Reward Zone** <br>**PO Box 5222** <br>**Carol Stream, IL 60197** | | | | | | | **831.21** |
| ACCOUNT NO. **5268350000149091** <br><br>**Reward Zone Mastercard** <br>**PO Box 5222** <br>**Carol Stream, IL 60197** | | H | **Credit Card** | | | | **767.97** |
| ACCOUNT NO. **12805099** <br><br>**Rich DAD** <br>**4330 N Civic Center Plaza** <br>**Suite 101** <br>**Scottsdale, AZ 85251** <br><br>**Professional Eduction Institute** <br>**7020 High Grove Blvd** <br>**Burr Ridge, IL 60527** <br><br>**Pinnacle Financial Group** <br>**7825 Washington Ave S** <br>**Suite 410** <br>**Minneapolis, MN 55439** | | J | | | | | **384.51** |

      64   Continuation sheets attached

Sheet no.  52  of  64  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                        Subtotal  ➤  $           **1,983.69**

                                                                        Total  ➤  $

                                    **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                    **Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes    Douglas M. Hughes**                    Case No. _____

_____
        **Debtors**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6202909** | X | J | Wuill | | | | **386.82** |
| **RMS** **4836 Brecksville Road** **PO Box 523** **Richfield, OH 44286** **Goodwin & Bryan** **PO Box 26094** **Fairview Park, OH 44126** **CCS Inc** **PO Box 22630** **Cleveland, OH 44122** **Slater, Tenaglia, Fritz & Hunt** **PO Box 5476** **Mt. Laurel, NJ 08054** | | | | | | | |
| ACCOUNT NO.    **123469** | | | Plumbins | | | | **260.00** |
| **Rooter Plumbing Corp** **31359 Lorain Road** **North Olmstead, OH 44070** | | | | | | | |
| ACCOUNT NO.    **28464517** | | J | | | | | **200.00** |
| **Russell and Byrd** **4884 Higbee Ave NW** **Suite 112** **Canton, OH 44718** | | | | | | | |
| ACCOUNT NO.    **27006326** | X | J | | | | | **400.00** |
| **Russell and Byrd** **4884 Higbee Ave NW** **Suite 112** **Canton, OH 44718** | | | | | | | |

         <u>64</u>   Continuation sheets attached

Sheet no. <u>53</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ **1,246.82**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9539609578-1** | | | | | | | **8,242.52** |
| **Sallie Mae** **PO Box 9500** **Wilkes Barre, PA 18773** | | | **Student Loan** | | | | |
| **General Revenue Corporation** **325 Daniel Zenker Drive** **Horseheads, NY 14845** | | | | | | | |
| **Pioneer Credit Recovery** **5341 Inducon Drive East** **Sanborn, NY 14132** | | | | | | | |
| **Financial Asset Magmt** **PO Box 451409** **Atlanta, GA 31145** | | | | | | | |
| ACCOUNT NO.   **618646** | X | J | | | | | **26,663.72** |
| **Sallie Mae** **PO Box 9500** **Wilkes Barre, PA 18773** | | | **Student Loan** | | | | |
| **Progressive Financial Services** **Tempe, AZ 85285** | | | | | | | |
| **Accounts Recievables Management** **PO Box 129** **Thorofare, NJ 08086** | | | | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139** | | | | | | | |
| **Allied Interstate** **800 Interchange West** **435 Ford Road** **Minneapolis, MN 55426** | | | | | | | |

 <u>64</u>   Continuation sheets attached

Sheet no. <u>54</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **34,906.24**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                     Case No. _____
_____
                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4946** <br><br> **Service Master by Steinbach** <br> **6824 Wise Ave NW** <br> **N. Canton, OH 44720** | | J | | | | | **198.42** |
| ACCOUNT NO.   **4946** <br><br> **Service Master By Steinbach** <br> **6824 Wise Ave NW** <br> **North Canton, OH 44720** | | H | | | | | **198.42** |
| ACCOUNT NO.   **6696U-0000357228** <br><br> **Seven Seventeen Credit Union** <br> **ATTN: Loan Servicing** <br> **3181 Larchmont Ave NE** <br> **Warren, OH 44483** | X | J | **12/01/2010** <br><br> **Loan** | | | | **727.00** |
| ACCOUNT NO.   **2487xxxx** <br><br> **Seventeen Credit Union** <br> **3181 Larchmont Avenue NE** <br> **Warren, OH 44483** | | W | **07/01/2009** <br><br> **Collection Charge off account** | | | | **19.00** |
| ACCOUNT NO. <br><br> **Seventeen Credit Union** <br> **3181 Larchmont Avenue NE** <br> **Warren, OH 44483** | | W | **07/01/2009** <br><br> **Collection Account** | | | | **28.00** |

<u>  64  </u>   Continuation sheets attached

Sheet no. <u> 55 </u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,170.84**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**
_____
**Debtors**

Case No. _____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **348817-50** | X | J | 07/01/2009 | | | | 28.70 |
| **Seventeen Credit Union** **3181 Larchmont Avenue NE** **Warren, OH 44483** | | | | | | | |
| ACCOUNT NO.   **6773-0000-6** | X | J | **Paint** | | | | 1,216.40 |
| **Sherwin Williams** **4290 Belden Village Street NW** **Canton, OH 44718** | | | | | | | |
| **Dehaan & Bach** **25 Whitney Drive** **Suite 106** **PO Box 929** **Milford, OH 45150** | | | | | | | |
| **Norman and Associates** **1360 Union Hill Road** **Building 12** **Alpheretta, GA 30004** | | | | | | | |
| ACCOUNT NO.   **48081958-E1** | | H | **Inphonic 480801958-E1** | | | | 250.00 |
| **SKO Brenner American, Inc.** **PO Box 230** **Farmingdale, NY 11735-0230** | | | | | | | |
| ACCOUNT NO.   **480801958-E2** | | H | **Inphonic** | | | | 250.00 |
| **SKO Brenner American, Inc.** **PO Box 230** **Farmingdale, NY 11735-0230** | | | | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>56</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **1,745.10**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes** _____   Case No. _____
                                    **Debtors**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **418019725** <br><br> **Slater, Tenaglia, Fritz & Hunt, P.A.** <br> **Lockbox 2431** <br> **PO Box 8500** <br> **Philadelphia, PA 19178** | X | J | **FedEx Priority** | | | | **600.80** |
| ACCOUNT NO.   **2964** <br><br> **Slovin & Assoc.** <br> **8150 Corporate Park Drive** <br> **Suite 350** <br> **Cincinatti, OH 45242** | | | **Amritech Publishing DBA SBC Yellowpages 03-11404-O** | | | | **11,373.28** |
| ACCOUNT NO.   **1001498011** <br><br> **Speedway** <br> **PO Box 1590** <br> **Springfield, OH 45501** <br><br><br> **NCO Financial** <br> **PO Box 4912** <br> **Trenton, NJ 08650** | X | J | | | | | **2,867.91** |
| ACCOUNT NO. <br><br> **Stark Consulting** <br> **307 Cleveland Ave NW** <br> **Suite 202** <br> **Canton, OH 44709** | | J | | | | | **7,000.00** |

_____64___ Continuation sheets attached

Sheet no. _57_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **21,841.99**

Total ➤ $ 

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Cathy A Hughes   Douglas M. Hughes**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2011CV01588** | X | J | 05/20/2011 | | | | **36,086.12** |
| **Stark County Common Pleas Court** **115 Central Plaza North** **Suite 101** **Canton, OH 44702** **John F. Anthony, II, Esq.** **Assistant Prosecuting Attorney** **Civil Division** **110 Central Plaza South Suite 510** **Canton, OH 44702** | | | **Alexander A. Zumbar Stark Co.** **Treasurer vs. Jerome J. Hughes, et al.** | | | | |
| ACCOUNT NO.   **2009CV) 4922** | X | J | 12/01/2009 | | | | **60,030.00** |
| **Stark County Common Pleas Court** **115 Central Plaza North** **Canton, OH 44702** **Phillip D. Schandel, Esq.** **709 Courtyard Centre** **116 Cleveland Avenue NW** **Canton, OH 44702** | | | **Equity Trust Compnay Custodian FBO** **Robert C. Good IRA vs. Hughes &** **Hughes Development, LLC** | | | | |
| ACCOUNT NO.   **2009CV04922** | X | J | 12/24/2009 | | | | **60,563.00** |
| **Stark County Common Pleas Court** **115 Central Plaza North** **Suite 101** **Canton, OH 44702** **Phillip D. Schandel, eSq.** **709 Courtyard Centre** **116 Cleveland Ave NW** **Canton, OH 44702** | | | **Equity Trust Compnay Custodian FBO** **Robert C. Good IRA vs. Hughes &** **Hughes Development, LLC** **Case NO.: 2009CV04922** | | | | |

<u>64</u>   Continuation sheets attached

Sheet no. <u>58</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ≻ $ **156,679.12**

Total ≻ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Cathy A Hughes    Douglas M. Hughes_____    Case No. _____
                              Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **2012FE00011** <br><br> **Stark County Common Pleas Court** <br> **115 Central Plaza North** <br> **Suite 101** <br> **Canton, OH 44702** <br><br><br> **Robert B. Preston, III, Esq.** <br> **220 Market Ave S** <br> **Suite 1000** <br> **Canton, OH 44702** | X | | 07/26/2012 <br><br> **W.W. Wood Products, Inc. vs. Prestige Remodeling and Design, LLC and Cathy Hughes** | | | | 10,908.54 |
| ACCOUNT NO.    **2011CV04014** <br><br> **Stark County Common Pleas Court** <br> **115 Central Plaza North** <br> **Suite 101** <br> **Canton, OH 44702** <br><br><br> **Robert E. Soles, Jr, Esq.** <br> **6545 Market Ave N** <br> **North Canton, OH 44721** | X | | 01/01/2011 <br><br> **Guy Bolon vs. Cathy Hughes, et al.** <br> **Case No.: 2011CV04014** | | | | 161,658.72 |
| ACCOUNT NO. <br><br> **Steves Avenue Paint** <br> **2601 Cleveland aVe NW** <br> **Canton, OH 44709** | X | J | | | | | 669.87 |
| ACCOUNT NO. <br><br> **Stoneworks** <br> **5194 Richmond Road** <br> **Bedford Heigths, OH 44146** | X | J | | | | | 6,000.00 |

__64__  Continuation sheets attached

Sheet no. __59__ of __64__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                              179,237.13

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **20070780** <br><br> **sunday Drivers of Ohio** <br> **10580 McKinstry Road** <br> **Delavan, NY 14042** | | J | | | | | **359.00** |
| ACCOUNT NO.  **9229200** <br><br> **Texas Guaranteed Student Loan** <br> **PO Box 83100** <br> **Round Rock, TX 78783** <br><br><br> **RAB Inc.** <br> **PO Box 34111** <br> **Memphis, TN 38184** | | H | **Student Loan** | | | | **75,920.00** |
| ACCOUNT NO.  **08-014130-O** <br><br> **Texas Workforce Commission** <br> **101 E 15th Street** <br> **Austin, TX 79778** | | | **Lien** | | | | **1,847.90** |
| ACCOUNT NO.  **41434xxxx** <br><br> **The Bureaus** <br> **1721 Central Street** <br> **Evanston, IL 60204** | | W | **03/01/2008** <br><br> **Collection Account** <br> **Bureaus Investment** | | | | **1,083.00** |
| ACCOUNT NO.  **41424xxxx** <br><br> **The Bureaus** <br> **1721 Central Street** <br> **Evanston, IL 60204** | | W | **10/01/2008** <br><br> **Collection Account Bureaus Investment Group No. 13** | | | | **1,199.00** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>60</u> of <u>64</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **80,408.90**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CA-325674** <br> **The Repository** <br> **500 Market Avenue South** <br> **Canton, OH 44702** | | H | **Newspaper** | | | | 138.30 |
| ACCOUNT NO. <br> **Thomas and Associates** <br> **1421 Portage Street NW** <br> **North Canton, OH 44720** | | J | | | | | 18,500.00 |
| ACCOUNT NO.   **9934502** <br> **Time Warner Business Class** <br> **PO Box 0901** <br> **Carol Stream, IL 60132** <br><br> **Levy & Associates** <br> **4645 Executive Drive** <br> **Columbus, OH 43220** | X | J | | | | | 678.44 |
| ACCOUNT NO.   **37113** <br> **Tri County Dermatology** <br> **4240 Munson Street NW** <br> **North Canton, OH 44718** | | W | **Medical** | | | | 95.00 |
| ACCOUNT NO. <br> **Tri State Adjustment** <br> **440 Challenge Street** <br> **Freeport, IL 61032** | | W | 05/01/2008 <br> **Plain Local Schools Collection Account** | | | | 70.00 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>61</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **19,481.74**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes   Douglas M. Hughes**                                   Case No. _____
                                                                                            (If known)
                                                          **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **10540066**<br>**United Collection Bureau**<br>**PO Box 165009**<br>**Columbus, OH 43216** | X | J | | | | | **575.53** |
| ACCOUNT NO.   **9022232209**<br>**University of Phoenix**<br>**Corporate Collection Center**<br>**PO Box 29887**<br>**Phoenix, AZ 85038**<br><br>**General Revenue**<br>**11501 Northlake Drive**<br>**Cincinnati, OH 45249**<br><br>**FMS**<br>**PO Box 90849**<br>**Sioux Falls, SD 57109** | | | **School** | | | | **1,105.00** |
| ACCOUNT NO.   **2953960xxxx**<br>**USA Funds**<br>**PO Box 6180**<br>**Indianapolis, IN 46206** | | W | **Collection Account Student Loan** | | | | **3,244.00** |
| ACCOUNT NO.   **1952960xxxx**<br>**USA Funds**<br>**PO Box 6180**<br>**Indianapolis, IN 46206** | | W | **04/01/2012**<br>**Collection Account Student Loan** | | | | **5,407.00** |

<u>64</u>   Continuation sheets attached

Sheet no. <u>62</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                         **10,331.53**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Cathy A Hughes    Douglas M. Hughes**                                   Case No. _____
                                    **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **01987-007638**<br><br>**Valley Collection Service**<br>**PO Box 520**<br>**Glendale, AZ 85311** | | W | | | | | 56.25 |
| ACCOUNT NO.<br><br>**Vandevere Auto**<br>**1490 Vernon Odom Blvd**<br>**Akron, OH 44319** | X | J | **Money owed** | | | | 20,000.00 |
| ACCOUNT NO.  **502 375 90269889001**<br><br>**Wells Fargo Bank Auto Finance**<br>**Asset Recovery Group**<br>**1460 Northwest Cicion Road**<br>**EastBrook Park**<br>**Kansas City, Missouri 64118**<br><br>**Javitch Blook & Rathbone**<br>**1100 Superior Ave 18th Floor**<br>**Cleveland, OH 44114** | | H | **Auto Loan** | | | | 9,322.16 |
| ACCOUNT NO.  **23725,023908**<br><br>**Whites Heating and Cooling**<br>**1203 Wertz Ave NW**<br>**Canton, OH 44708** | X | J | **Servcie** | | | | 139.95 |

<u>64</u>   Continuation sheets attached

Sheet no. <u>63</u> of <u>64</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➢  $                          **29,518.36**

Total    ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re    **Cathy A Hughes   Douglas M. Hughes**       Case No. _____

                       **Debtors**                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | J | | | | | 8,211.69 |
| **WW Wood Products** <br> **PO Box 50** <br> **Dudley, MO 63936** <br><br><br> **Scott Robins, Esq.** <br> **PO Box 696** <br> **Poplar Bluff, MO 63902** | | | Credit Account | | | | |

_64_   Continuation sheets attached

Sheet no. _64_ of _64_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                               Subtotal ➢ $        **8,211.69**

                                               Total ➢ $     **976,124.84**

                           **(Use only on last page of the completed Schedule F.)**
       **(Report also on Summary of Schedules and, if applicable on the Statistical**
                   **Summary of Certain Liabilities and Related Data.)**

In re: **Cathy A Hughes   Douglas M. Hughes** _____,    Case No. _____
_____ **Debtors**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re: **Cathy A Hughes    Douglas M. Hughes**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Absolute Floors**<br>**2020 9th Street SW**<br>**Canton, OH 44706** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Adam Boltz**<br>**2323 Billman Place**<br>**Cuyahoga Falls, OH 44221** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Adam Valentine**<br>**1302 Irondale Circle NE**<br>**North Canotn, OH 44720** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **AEP Ohio Power Company**<br>**PO Box 24405**<br>**Canton, OH 44701** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **AllianceOne Receivalbles Management**<br>**PO Box 3107**<br>**Southeastern, PA 19393-3107** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **American Windows**<br>**1200 Cleveland Street SW**<br>**Massillon, OH 44647** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Amy Howard**<br>**DBA AV Tax & Accounting Service**<br>**4711 Piccadilly Street SW**<br>**Canton, OH 44706** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Andrea Mitchell**<br>**1703 Woodland Ave NW**<br>**Canton, OH 44703** |
| **Prestige Remodeling & Design**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720** | **Annie Owens**<br>**1128 Oak Tree Road**<br>**Akron, OH 44230** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Annie Owens**<br>**1129 Oak Tree Raod**<br>**Akron, OH 44320** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **AT&T**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | |

In re: __Cathy A Hughes___Douglas M. Hughes_____     Case No. _____
                                                                              (If known)
                            **Debtors**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **AT&T Advertising**<br>**PO Box 5081**<br>**Carol Stream, IL 60197** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **AT&T Advertising**<br>**PO Box 60197**<br>**Carol Stream, IL 60197** |
| **Best Buy**<br>**6800 Center Road**<br>**Avon, OH 44011**<br><br>**Hughes and Hughes Development, LLC**<br>**4087 Martindale Road N**<br>**Canton, OH 44705**<br><br>**Prestige Remodeling and Design, LLC**<br>**5537 Whipple Avenue NW**<br>**Sutie 1**<br>**North Canton, OH 44720** | **Avon Lake Municipal Court**<br>**32855 Walker Road**<br>**Avon Lake, OH 44012** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Bill Lee**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Bob Bennett Construction**<br>**2795 Barber Road**<br>**Norton, OH 44203** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Bolins Kitchesn & Bath**<br>**6287 Promler Ave**<br>**North Canton, OH** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Charles Bair**<br>**4148 Lace Road NW**<br>**Malvern, OH 44644** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Checks Unlimited**<br>**PO Box 17400**<br>**Colorado Springs, CO 80935** |
| **Channys**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720** | **Cisco**<br>**PO Box 801088**<br>**Houston, TX 77280** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **CISCO**<br>**PO Box 801088**<br>**HOUSTON, TX 77280** |
| **Chenny's**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720** | **CISCO, INC.**<br>**PO Box 801088**<br>**HOUSTON, TX 77043** |

In re: **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____

_____                                              (If known)
             **Debtors**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Convergent Outsourcing Inc**<br>**PO Box 9004**<br>**Rentan, WA 98057** |
| **Prestige Remodeling & Design**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **CPS Security**<br>**PO Box 782408**<br>**San Antonio, TX 78278** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Crescent Processing**<br>**12700 Park Central Drive**<br>**Suite 1100**<br>**Dallas, TX 75251** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Dans American Tire**<br>**2852 Whipple Ave NW**<br>**Canton, OH 44708** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Dave Vance**<br>**6000 Beth Ave**<br>**Canton, OH 44706** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Deluxe Business Checks**<br>**PO Box 742572**<br>**Cincinatti, OH 45274** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Deluxe for Business**<br>**PO Box 742572**<br>**Cincinnati, OH 45274** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Derrick Miller Plumbing**<br>**1937 Tuscarawas Street E**<br>**Canton, OH 44707** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708**<br><br>**Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Dominion**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Dominion East Ohio**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785** |

In re: **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____
                                                                                                    (If known)
_____
                    **Debtors**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Falls Heating and Cooling**<br>**461 Munroe Falls Ave**<br>**Cuyahoga Falls, OH 44221** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Famous Supply**<br>**PO Box 951344**<br>**Cleveland, OH 44193** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Fast Signs**<br>**4360 Belden Village Street**<br>**CAnton, OH 44718** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Federal Express**<br>**2200 Forward Drive**<br>**Harrision, AR 72602** |
| **Bill Lee**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Fleming-Schubert Nursery**<br>**6919 manchester Road**<br>**Clinton, OH 44216** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Garret Purcell**<br>**8515 Elk Grove Florin Road #209**<br>**Sacramento, CA 95624** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Grange Insurance**<br>**PO Box 740604**<br>**Cincinnati, OH 45274** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Grange Insurance**<br>**PO Box 182087**<br>**Columbus, OH 43218** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Greg Chaplain**<br>**503 Shorefield**<br>**Chippewa Lake, OH** |
| **Prestige Remodeling & Design**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720** | **Greg Hann**<br>**535 Park Street NW**<br>**Navarre, OH 44662** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Gregory Hann**<br>**525 park Street NW**<br>**Navarre, OH 44662** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Hensis, LLC**<br>**DBA Bison Executive Park**<br>**2953 Woodcliff Dr NW**<br>**Canton, OH 44718** |

In re: **Cathy A Hughes   Douglas M. Hughes** _____          Case No. _____

_____**Debtors**_____                        (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Hiland Wood**<br>**PO Box 138**<br>**Walnut Creek, OH 44687** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Hippich Electric**<br>**4347 Ridge View Drive**<br>**Uniontown, OH** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **HSN**<br>**Collections Department**<br>**PO Box 9090**<br>**Clearwater, FL 33758** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Italia Plumbing**<br>**100 Cochran Road**<br>**Cuyahoga Falls, OH 44223** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **J&J Refuse**<br>**PO Box 448**<br>**Dover, OH 44671** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Joseph Mann & Creed**<br>**PO Box 22252**<br>**Beachwood, OH 44122** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Joshua Pipes**<br>**816 Bellarbor Road NW**<br>**Canton, OH 44709** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Julie Caley**<br>**623 Carnwise Street SE**<br>**Canton, OH 44707** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Keith Thacker**<br>**847 Harriman Ave SW**<br>**Brewster, OH 44613** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **L& M Refuse**<br>**PO Box 5**<br>**Sandyville, OH 44671** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Lehman Awning Co**<br>**PO Box 673**<br>**Massillon, OH 44648** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Lexington Homes dba High Hampton**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313** |
| | |

In re: **Cathy A Hughes    Douglas M. Hughes**  _____    Case No. _____
Debtors                                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lexington Homes**<br>**Bill Lee**<br>**1562 Akron Penninsula Road**<br>**Suite 113**<br>**Akron, OH 44313**<br><br>**Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Mason Structual Steel**<br>**7500 Northfield Road**<br>**Walton Hills, OH 44146** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Michael Edwards**<br>**6938 Troendly Road SW**<br>**Stone Cree, OH 43840** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Michael Miller**<br>**2244 Emerald Drive**<br>**Akron, OH 44312** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708**<br><br>**Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **NEBS**<br>**PO Box 88042**<br>**Chicago, IL 60680** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Personal Concepts**<br>**PO Box 5750**<br>**Carol Stream, IL 60197** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708**<br><br>**Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Pitney Bowes**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **Jerome Hughes**<br>**9415 W. Briarwood Circle**<br>**Sun City, AZ 85251** | **PNC Mortgage**<br>**PO Box 1820**<br>**Dayton, OH 45401** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Progressive Business Publicaitons**<br>**370 Technology Drive**<br>**PO Box 3019**<br>**Malvern, P"A 19355** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Quill Corporation**<br>**PO Box 337600**<br>**Philadelphia, PA 19101** |

In re: **Cathy A Hughes   Douglas M. Hughes**                    Case No. _____

_____                              (If known)
                    **Debtors**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **QVC**<br>**PO Box 2254**<br>**West Chester, PA 19380** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Regent Asset Management Solutions**<br>**7290 Samuel Drive**<br>**Suite 200**<br>**Denver, CO 80221** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Republic Waste**<br>**PO Bxo 9001099**<br>**Louisville, KY 40290** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **RMS**<br>**4836 Brecksville Road**<br>**PO Box 523**<br>**Richfield, OH 44286** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Robert Hicks**<br>**1818 Conley Road**<br>**Mogadore, OH 444260** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Russell and Byrd**<br>**4884 Higbee Ave NW**<br>**Suite 112**<br>**Canton, OH 44718** |
| **Jerry Hughes**<br>**2824 7th Street SW**<br>**Canton, OH 44708** | **Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Seven Seventeen Credit Union**<br>**ATTN: Loan Servicing**<br>**3181 Larchmont Ave NE**<br>**Warren, OH 44483** |
| **Hughes and Hughes Remodeling**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Seventeen Credit Union**<br>**3181 Larchmont Avenue NE**<br>**Warren, OH 44483** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Sherwin Williams**<br>**4290 Belden Village Street NW**<br>**Canton, OH 44718** |
| **Prestige Remodeling and Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Slater, Tenaglia, Fritz & Hunt, P.A.**<br>**Lockbox 2431**<br>**PO Box 8500**<br>**Philadelphia, PA 19178** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Speedway**<br>**PO Box 1590**<br>**Springfield, OH 45501** |

In re: **Cathy A Hughes   Douglas M. Hughes** _____   Case No. _____
                                                                                                (If known)
                                             **Debtors**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hughes & Hughes Development LLC**<br>**2824 7th Street NW**<br>**Canton, OH 44708**<br><br>**Hughes & Hughes Remodeling**<br>**NKA Prestige Remodeling**<br>**2824-7th Street NW**<br>**Canton, OH 44708** | **Stark County Common Pleas Court**<br>**115 Central Plaza North**<br>**Suite 101**<br>**Canton, OH 44702** |
| **Hughes and Hughes Development, LLC**<br>**5045 Johnnycake Ridge NE**<br>**Canton, OH 44705** | **Stark County Common Pleas Court**<br>**115 Central Plaza North**<br>**Canton, OH 44702** |
| **Jerome J. Hughes**<br>**4087 Martindale Road NE**<br>**Canton, OH 44705** | **Stark County Common Pleas Court**<br>**115 Central Plaza North**<br>**Suite 101**<br>**Canton, OH 44702** |
| **Jerome J. Hughes**<br>**3711 Everhard NW**<br>**Canton, OH 44709** | **Stark County Common Pleas Court**<br>**115 Central Plaza North**<br>**Canton, OH 44702** |
| **Melissa L. Hughes**<br>**4087 Martindale Road NE**<br>**Canton, OH 44705**<br><br>**Prestige Remodeling and Design, LLC**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Stark County Common Pleas Court**<br>**115 Central Plaza North**<br>**Suite 101**<br>**Canton, OH 44702** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Steves Avenue Paint**<br>**2601 Cleveland aVe NW**<br>**Canton, OH 44709** |
| **Hughes and Hughes Development, LLC**<br>**5045 Johnnycake Ridge NE**<br>**Canton, OH 44705** | **Stoneworks**<br>**5194 Richmond Road**<br>**Bedford Heigths, OH 44146** |
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Time Warner Business Class**<br>**PO Box 0901**<br>**Carol Stream, IL 60132** |
| **Prestige Remodeling & Design**<br>**5537 Whipple Ave NW**<br>**Canton, OH 44720** | **Troy Clifford**<br>**4084 Beaumont Ave NW**<br>**Massillon, OH 44647** |
| **Hughes and Hughes Development, LLC**<br>**5045 Johnnycake Ridge NE**<br>**Canton, OH 44705** | **United Collection Bureau**<br>**PO Box 165009**<br>**Columbus, OH 43216** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **Vandevere Auto**<br>**1490 Vernon Odom Blvd**<br>**Akron, OH 44319** |

In re: __Cathy A Hughes___Douglas M. Hughes_____,     Case No. _____
        **Debtors**              **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hughes and Hughes Development**<br>**2824 7th Street NW**<br>**Canton, OH 44708** | **Whites Heating and Cooling**<br>**1203 Wertz Ave NW**<br>**Canton, OH 44708** |
| **Prestige Remodeling & Design**<br>**1415 McDowell Street NE**<br>**Canton, OH 44721** | **WW Wood Products**<br>**PO Box 50**<br>**Dudley, MO 63936** |

In re **Cathy A Hughes Douglas M. Hughes** _____ Case No. _____

Debtors (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **15** |
| | **Son** | **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) **Food Stamps** | | $ 667.00 | $ 0.00 |
| **Loans from Mother** | | $ 1,500.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 2,167.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 2,167.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,167.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

In re __Cathy A Hughes Douglas M. Hughes_____ Case No. _____
                                        Debtors                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE**

In re <u>Cathy A Hughes Douglas M. Hughes</u>,                    Case No. _____
　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,195.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | |
| b. Is property insurance included? Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 255.00 |
| b. Water and sewer | $ | 78.00 |
| c. Telephone | $ | 125.00 |
| d. Other **Cable/Internet** | $ | 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 45.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Paper products, laundry detergent** | $ | 20.00 |
| **School fees and expenses** | $ | 25.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,163.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,167.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,163.00 |
| c. Monthly net income (a. minus b.) | $ | 4.00 |

**United States Bankruptcy Court**

**Northern District of Ohio**

In re  **Cathy A Hughes    Douglas M. Hughes**                                    ,        Case No. _____

                                                Debtors

                                                        Chapter _7_

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 64,000.00 | | |
| B - Personal Property | YES | 3 | $ 4,405.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 45,486.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 25,627.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 65 | | $ 976,124.84 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 9 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 2,167.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 3 | | | $ 2,163.00 |
| TOTAL | | 90 | $ 68,405.00 | $ 1,047,239.32 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Cathy A Hughes    Douglas M. Hughes**                          Case No. _____

                                                              Debtors                    Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   111,210.80 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   111,210.80 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   2,167.00 |
| Average Expenses (from Schedule J, Line 18) | $   2,163.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   2,167.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   14,048.24 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   976,124.84 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   976,124.84 |

In re **Cathy A Hughes    Douglas M. Hughes**

Case No. _____

**Debtors**

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**92**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **11/1/2012** _____

Signature: **s/ Cathy A Hughes** _____

**Cathy A Hughes**

Debtor

Date: **11/1/2012** _____

Signature: **s/ Douglas M. Hughes** _____

**Douglas M. Hughes**

(Joint Debtor, if any)

[If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Ohio**

In re: **Cathy A Hughes   Douglas M. Hughes** _____,          Case No. _____

                                           Debtors                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **11,490.00** | **2010 Income Tax Return** | **2010** |
| **11,774.00** | **2011 Income Tax Return** | **2011** |
| **0.00** | **2012 Income to date** | **2012** |

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑ days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT<br>STILL<br>OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.*

**None** c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑ benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATE OF<br>PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

**None** a. List all suits and administrative proceedings to which the debtor is or was a party within  **one year** immediately preceding the
☐ filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **Famous Enterprises, Inc. vs.<br>Douglas Hughes, et al.<br>   2012CVF1698** | **Money Owed** | **Canton Municipal Court<br>218 Cleveland Ave SW<br>Canton, OH 44702** | **Judgment for<br>Plaintiff** |
| **Jon Jones, vs. Best Buy Stores,<br>LP, et al.<br>   CVF1200133** | **Complaint Negligence,<br>Recklessness, Breach of<br>Contract** | **Avon Lake Municipal Court<br>32855 Walker Road<br>Avon Lake, OH 44012** | |
| **Alexander A. Zumar Stark Co.<br>Treasurer vs. Jerome J. Hughes,<br>et al.<br>   2011CV01588** | **Complaint in Foreclosrue** | **Stark County Common Pleas<br>Court<br>115 Central Plaza North<br>Canton, OH 44702** | **Pending** |
| **Bolon's Custom Kitchens, Inc.<br>   2011CV04014** | **Complaint Non-Payment of<br>Rent, Breach of Contract<br>and Quantum Meruit** | **Stark County Common Pleas<br>115 Central Plaza North<br>Canton, OH 44702** | **Pending** |
| **W.W. Wood Products, Inc.  vs.<br>Prestige Remodeling and<br>Design, LLC and Cathy Hughes<br>   2012FE 00011** | **Money owed** | **Stark County Common Pleas<br>115 Central Plaza North<br>Canton, OH 44702** | **Judgment<br>Against<br>Defendant** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Hughes** | **01/12/2012** | **2003 Ford Pickup Truck 1/12/2012** |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2824 7th Street NW Canton, OH 44708** | **Cathy and Doug Hughes** | **2 years** |
| **5045 Johnnycake Ridge NE Canton, OH 44705** | **Cathy and Doug Hughes** | |
| **1415 McDowell Street NE Canton, OH 44721** | **Cathy and Doug Hughes** | **2011** |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Chenny's Antiques Gift and Floral, LLC** | 27-3387308 | **5527 Whipple Ave NW Canton, OH 44720** | **Consign Antiques** | **12/06/2010** **12/31/2011** |
| **Hughes and Hughes Development, LLC** | 27-33887308 | **5045 Johnnycake Ridge NE** **Canton, OH 44705** | **Remodeling** | **07/30/2003** **12/31/2008** |
| **Hughes and Hughes Remodeling, LLC** | 27-1764040 | **5537 Whipple Ave NW Canton, OH 44720** | **Remodeling** | **02/23/2010** **12/31/2010** |
| **Prestige Remodeling and Design** | 27-4125893 | **5537 Whipple Avenue NW** **Canton, OH 44720** | **Remodeling** | **01/01/2011** **12/31/2011** |

None
☐

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                              ADDRESS
**N/A**

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cathy Hughes**<br>**1415 McDowell Street NE**<br>**Canton, OH 44709** | **2003 thru 2011** |
| **CMG Business Concepts**<br>**7950 Railway NW**<br>**PO box 82**<br>**Middlebranch, OH 44702** | **2010 and 2011** |
| **Integrity Accounting Services**<br>**1010 Walnut Ave NE**<br>**Canton, OH 44704** | **2007** |
| **Russell & Byrd LLC**<br>**4884 Higbee Ave NW**<br>**#112**<br>**Canton, OH 44718** | **2008** |
| **Stark Consulting**<br>**307 Cleveland AVe NW**<br>**Suite 202**<br>**Catnon, OH 44702** | **2009** |

None ☐   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Cathy Hughes**<br>**1415 McDowell Street NE**<br>**Canton, OH 44709** | | **2003 to 2011** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Cathy Hughes** | **1415 McDowell Street NE**<br>**Canton, OH 44709** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Cathy Hughes**<br>**1415 McDowell Street NE**<br>**Canton, OH 44709** | |

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ❑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/01/2011** | **Cathy Hughes** <br> **1415 McDowell Street NE** <br> **Canton, OH 44709** |

## 21. Current Partners, Officers, Directors and Shareholders

None ❑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **N/A** | | |

None ❑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **N/A** | | |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None ❑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **N/A** | | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ❑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **N/A** | | |

## 24. Tax Consolidation Group.

None ❑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **N/A** | |

## 25.  Pension Funds.

None     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☐        debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
         commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)
**N/A**

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date   **11/1/2012**                              Signature      **s/ Cathy A Hughes**
                                                  of Debtor      **Cathy A Hughes**


Date   **11/1/2012**                              Signature      **s/ Douglas M. Hughes**
                                                  of Joint Debtor  **Douglas M. Hughes**
                                                  (if any)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re          **Cathy A Hughes   Douglas M. Hughes**          ,          Case No. _____
_____
Debtors                                                                          Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>**PNC Mortgage** | **Describe Property Securing Debt:**<br><br>**Real Estate located at 2814 12th Street NW, Canton, OH 44708**<br>**Known as and being Lot Number 16150 in said City.**<br><br>**PPN: 02-12769**<br>**Joint owner with Debtor/Husband's father Jerome Hughes**<br>**Total Value of Real Estate is $64,000.00**<br>**Debtor husband's 1/2 interest is $32,000.00** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **11/1/2012**

**s/ Cathy A Hughes**
**Cathy A Hughes**
Signature of Debtor

**s/ Douglas M. Hughes**
**Douglas M. Hughes**
Signature of Joint Debtor (if any)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:  **Cathy A Hughes**

**Douglas M. Hughes**

Debtor(s)

Case No.:

Chapter:  **7**

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

In re **Cathy A Hughes, Douglas M. Hughes**
_____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises** |
| ☑ **The presumption does not arise** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>        OR<br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. |
|---|---|

a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**

b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**

c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

| | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|
| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |

| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $0.00 |
|---|---|---|---|

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | a. | Gross Receipts | $ 0.00 | | |
|---|---|---|---|---|---|
| | b. | Ordinary and necessary business expenses | $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | a. | Gross Receipts | $ 0.00 | | |
|---|---|---|---|---|---|
| | b. | Ordinary and necessary operating expenses | $ 0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|

| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
|---|---|---|---|

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |
|---|---|---|---|

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|

| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ _____ | Spouse $ _____ | $0.00 | $0.00 |
|---|---|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

|  | a. | Loan from Mother | $ 1,500.00 |  |  |
|---|---|---|---|---|---|
|  | b. | Food Stamps | $ 667.00 |  |  |
|  |  | Total and enter on Line 10. |  | $1,500.00 | $667.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $1,500.00 | $667.00 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $  2,167.00 |
|---|---|---|

## Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $26,004.00 |
|---|---|---|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **OH**                                         b. Enter debtor's household size:  **4** | $72,764.00 |
|---|---|---|

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, VI or VII.<br><br>❑ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |
|---|---|

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

## Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|

| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.                                  $<br><br>Total and enter on Line 17 . | $<br><br><br><br><br><br><br><br>$ |
|---|---|---|

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |
|---|---|---|

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person |
| b1. | Number of persons | b2. | Number of persons |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B subtotal) $

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 20B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

(Line 20B) $

| 21 | Local Standards: housing and utilities; adjustment. If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | Local Standards: transportation; vehicle operation/public transportation expense. You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.  ☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | Local Standards: transportation; additional public transportation expense. If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| | |
|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42. | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| | | $ |
|---|---|---|
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| | | $ |
|---|---|---|
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| **26** | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| **27** | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| **28** | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| **29** | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| **30** | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| **31** | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| **32** | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| **33** | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions** | |

| Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |

| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |

| 37 | **Home energy costs**. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |

| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |

| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |

| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| Subpart C: Deductions for Debt Payment | |
|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>Average Monthly Payment</td><td>Does payment include taxes or insurance?</td></tr><tr><td>a.</td><td></td><td></td><td>$</td><td>☐ yes ☐ no</td></tr></table> | |
| | Total: Add Lines a, b and c | $ |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|
| | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| | | | |
| | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| **Subpart D: Total Deductions from Income** | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

---

| **Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION** | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than $7,025\*** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| Part VII.  ADDITIONAL EXPENSE CLAIMS |
|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| | Total: Add Lines a, b, and c | $ |

| Part VIII:  VERIFICATION |
|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this a joint case, both debtors must sign.)* |
|---|---|

Date:  **11/1/2012**                              Signature:  **s/ Cathy A Hughes**

**Cathy A Hughes,** (Debtor)

Date:  **11/1/2012**                              Signature:  **s/ Douglas M. Hughes**

**Douglas M. Hughes,** (Joint Debtor, if any)

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re:    **Cathy A Hughes**        **Douglas M. Hughes**      Case No. _____

                    Debtors                                                      Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,100.00 |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | 1,100.00 |

2. The source of compensation paid to me was:

     ☑ Debtor                  ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☐ Debtor                  ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

     c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d)    [Other provisions as needed]

         **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

         **306.00 Filing Fee**
         **88.00 Credit Counseling Fee**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **11/1/2012**

                                      **/s/Robert H. Cyperski**
                                      **Robert H. Cyperski, Bar No. 0026054**

                                      **Robert Cyperski**
                                      Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure .

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re  **Cathy A Hughes**
    **Douglas M. Hughes**

Case No. _____

_____
          **Debtor**

Chapter _____**7**_____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Cathy A Hughes** | X**s/ Cathy A Hughes**          11/1/2012 |
| **Douglas M. Hughes** | **Cathy A Hughes** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | X **s/ Douglas M. Hughes**          11/1/2012 |
| Case No. (if known) _____ | **Douglas M. Hughes** |
| | Signature of Joint Debtor          Date |

_____

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re   **Cathy A Hughes**            Case No.

       **Douglas M. Hughes**

       Debtors.                       Chapter    **7**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ **0.00** | $ **0.00** |
| Five months ago | $ **0.00** | $ **0.00** |
| Four months ago | $ **0.00** | $ **0.00** |
| Three months ago | $ **0.00** | $ **0.00** |
| Two months ago | $ **0.00** | $ **0.00** |
| Last month | $ **0.00** | $ **0.00** |
| Income from other sources | $ **9.000.00** | $ **0.00** |
| Total net income for six months preceding filing | $ **0.00** | $ **0.00** |
| **Average Monthly Net Income** | $ **0.00** | $ **0.00** |

       Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:   **11/1/2012**

                      **s/ Cathy A Hughes**

                      **Cathy A Hughes**

                             Debtor

                      **s/ Douglas M. Hughes**

                      **Douglas M. Hughes**

                             Joint Debtor